FILED ___ LODGED
___ RECEIVED

MAY 06 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOAO RICARDO DEBORBA,

Defendant.

NO.  MJ22-5067

MOTION FOR DETENTION ORDER

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1.   <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

___   Crime of violence (18 U.S.C. § 3156)

___   Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

___   Crime with a maximum sentence of life imprisonment or death

___   Drug offense with a maximum sentence of ten years or more

___   Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   ___   Felony offense involving a minor victim other than a crime of violence

2

3   _X_   Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

4

5   ___   Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

6

7   _X_   Serious risk the defendant will flee

8

9   ___   Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

10

11   ___   Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

12

13   2.   Reason for Detention. The Court should detain defendant because there are

14 no conditions of release which will reasonably assure (check one or both):

15   _X_   Defendant's appearance as required

16   _X_   Safety of any other person and the community

17

18   3.   Rebuttable Presumption. The United States will invoke the rebuttable

19 presumption against defendant under § 3142(e). The presumption applies because:

20   ___   Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

21

22   ___   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

23

24   ___   Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

25

26

27   ___   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

28

Motion for Detention/DeBorba
MJ22-5067 - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

___ Probable cause to believe the defendant has been found guilty of an offense and is awaiting imposition of a sentence under 18 U.S.C. § 3143(a) and Federal Rule of Criminal Procedure 32.1(a)(6).

4.   Time for Detention Hearing.  The United States requests the Court conduct the detention hearing:

X   At the initial appearance

___ After continuance of __ days (not more than 3)

5.   Other matters.

DATED this 6th day of May, 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

MAX B. SHINER
Assistant United States Attorney

Motion for Detention/DeBorba
MJ22-5067 - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800