

*United States Attorney*
*Western District of Washington*

*1201 Pacific Avenue, Ste. 700*   Tel: (253) 428-3800
*Tacoma, WA 98402*               Fax: (253) 428-3836
*www.usdoj.gov/usao/waw*

May 20, 2022

**VIA ECF**

Colin Fieman
Attorney at Law

        Re:    *United States v. Joao Ricardo DeBorba*
               No. CR22-5139 DGE, USDC, W.D. Washington

Dear Counselor:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

| | |
|---|---|
| Date: | Monday, May 31, 2022 |
| Time: | 1:30 p.m. |
| Before: | David W. Christel, United States Magistrate Judge |
| Place: | United States Courthouse, Room C |
| | 1717 Pacific Avenue, Tacoma, Washington 98402 |

    It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court. The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

    If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

    The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov.

                Very truly yours,

                NICHOLAS W. BROWN
                United States Attorney

                *s/ Max B. Shiner*
                MAX B. SHINER
                Assistant United States Attorney