1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5
6

UNITED STATES OF AMERICA,           )   No.  CR22-5139-DGE
                                    )
7              Plaintiff,           )
                                    )
8        v.                         )   ORDER GRANTING UNOPPOSED
                                    )   DEFENSE MOTION TO CONTINUE
9   JOAO RICARDO DEBORBA,           )   TRIAL DATE AND PRETRIAL
                                    )   MOTIONS DUE DATE
10             Defendant.           )
                                    )
11  _____ )

12        THE COURT has considered the defendant's unopposed motion to continue the

13  trial date and pretrial motions deadline and the facts and circumstances described

14  therein, which are hereby incorporated as findings of fact, and finds that:

15        (a) taking into account the exercise of due diligence, a failure to grant a

16  continuance in this case would deny counsel for the defendant the reasonable time

17  necessary for effective preparation due to counsel's need for more time to review the

18  evidence, consider possible defenses, and gather evidence material to the defense, as set

19  forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

20        (b) a failure to grant such a continuance in this proceeding would likely result in

21  a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

22        (c) the additional time requested is a reasonable period of delay, as the defendant

23  has requested more time to prepare for trial, to investigate the matter, to gather evidence

24  material to the defense, and to consider possible defenses; and

25
26

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

(d) the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of July 25, 2022, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, all of the facts set forth above; and

(g) that the period of delay from the date of this motion to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to October 24, 2022 at 9:00 a.m.  Pretrial Conference is set for October 14, 2022 at 11:00 a.m.  Pretrial Motions are due by September 15, 2022.

DONE this 22nd day of June 2022.

David G. Estudillo
United States District Judge

Presented by:

s/ Colin Fieman
Federal Public Defender
Attorney for Joao DeBorba

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. DeBorba*, CR22-5139-DGE) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**