JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOAO RICARDO DEBORBA, ) <br> ) <br> Defendant. ) <br> ) | No. CR22-5139-DGE <br><br> NOTICE OF APPEARANCE OF COUNSEL |

NOTICE IS GIVEN that Assistant Federal Public Defender Rebecca Fish appears as counsel for Joao DeBorba. It is requested that notice of all filings be served upon the undersigned.

DATED this 6th day of July 2022.

Respectfully submitted,

s/ *Rebecca Fish*
WSBA #57488
Assistant Federal Public Defender
Attorney for Joao DeBorba

Federal Public Defender Office
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Fax: (253) 593-6714
Becky_Fish@fd.org

NOTICE OF APPEARANCE
(*United States v. DeBorba*; CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710