JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-5139-DGE |
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL OF |
| v. | ) | COUNSEL |
| | ) | |
| JOAO RICARDO DEBORBA, | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Federal Public Defender Colin Fieman withdraws as counsel for Joao DeBorba. Pursuant to LCR 83.2(b)(3), undersigned counsel confirms that Joao DeBorba remains represented by Assistant Federal Public Defender Rebecca Fish. Parties request that notice of all filings be served only upon the remaining attorney.

DATED this 6th day of July 2022.

Respectfully submitted,

*s/ Colin Fieman* (withdrawing)
WSBA #40412
Federal Public Defender

*s/ Rebecca Fish* (current)
WSBA #57488
Assistant Federal Public Defender
Attorney for Joao DeBorba

Federal Public Defender Office
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710

NOTICE OF WITHDRAWAL
(*United States v. DeBorba*; CR22-5139-DGE) - 1