JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-5139-DGE |
| Plaintiff, | |
| v. | MOTION TO FILE OVERLENGTH BRIEFING |
| JOAO RICARDO DEBORBA, | NOTED: August 29, 2023 |
| Defendant. | |

COMES NOW defendant, Joao DeBorba, and respectfully files this motion seeking the Court's permission to file a Motion to Dismiss the Indictment of 48 pages. Mr. DeBorba believes his Motion is as short as possible while still appropriately briefing the issues, which cannot be adequately briefed within the twelve-page limit of CrR 12(b)(5). Mr. DeBorba's motion relates primarily to arguments in the wake of last year's landmark Supreme Court decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). The legal issues discussed are emerging and complex, and could not adequately be discussed in the ordinary page limit for motions.

Accordingly, the Defense seeks permission to file a motion of not more than 48 pages.

Dated this 29th day of August 2023.

Respectfully submitted,

*s/ Rebecca Fish*
Assistant Federal Public Defender
Attorney for Mr. Joao DeBorba

MOTION TO FILE OVERLENGTH BRIEFING
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710