1

JUDGE DAVID G. ESTUDILLO

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

UNITED STATES OF AMERICA,

Plaintiff,

9

v.

10

JOAO RICARDO DEBORBA,

11

Defendant.

12

)   No.  CR22-5139-DGE
)
)
)   (PROPOSED) ORDER GRANTING
)   DEFENSE MOTION TO FILE
)   OVERLENGTH MOTION TO DISMISS
)   INDICTMENT
)
)
)

13       Upon the motion of the Defense to file an Overlength Motion to Dismiss the

14  Indictment in excess of the 12-page limitation imposed by CrR 12(b)(5) of the Rules of

15  the United States District Court for the Western District of Washington,

16       IT IS HEREBY ORDERED that leave of court is hereby granted for the

17  defendant to file a Motion to Dismiss Indictment not to exceed 48 pages.

18       IT IS SO ORDERED.

19       DONE this ___ day of August 2023.

20

21                                     _____
                                        JUDGE DAVID G. ESTUDILLO
22                                     UNITED STATES DISTRICT JUDGE

23  Presented by:

24

25  *s/ Rebecca Fish*_____
    Assistant Federal Public Defender
26  Attorney for Joao DeBorba

ORDER RE: MOTION TO FILE OVERLENGTH
(*United States v. DeBorba*, CR22-5139-DGE) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**