CHIEF JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOÃO RICARDO DEBORBA, <br><br> Defendant. | No. CR22-5139-DGE <br><br> DECLARATION OF MR. DEBORBA |

I, João Ricardo DeBorba, hereby declare under penalty of perjury that:

1. I am the defendant in this case.

2. I have lived in the United States for over two decades, most of my adult life.

3. I have four children, who are all U.S. citizens, and I have worked hard to support my family.

4. I have also been involved in my community, particularly in my church.

5. I love the United States and would formally swear my allegiance if allowed the opportunity to do so.

DATED this __29th__ day of __August__, 2023.

_____
João Ricardo DeBorba