JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-5139-DGE |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER GRANTING DEFENSE MOTION TO DISMISS INDICTMENT |
| JOAO RICARDO DEBORBA, | ) | |
| Defendant. | ) | |

The Court has reviewed the defendant's Motion to Dismiss the Indictment for good cause, the response by the government and the records and files therein,

It is hereby ORDERED that the motion is granted and the Indictment is dismissed.

It is further ORDERED that Mr. DeBorba be immediately released.

DONE this ___ day of September 2023.

_____
JUDGE DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rebecca Fish*
Assistant Federal Public Defender
Attorney for Joao DeBorba

ORDER RE: MOTION TO DISMISS INDICTMENT
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710