UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-5139-DGE |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH MOTION TO DISMISS INDICTMENT |
| JOAO RICARDO DEBORBA, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Motion to Dismiss the Indictment in excess of the 12-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion to Dismiss Indictment not to exceed 48 pages.

IT IS SO ORDERED.

DONE this 5th day of September 2023.

David G. Estudillo
United States District Judge

Presented by:

s/ Rebecca Fish
Assistant Federal Public Defender
Attorney for Joao DeBorba

ORDER RE: MOTION TO FILE OVERLENGTH
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710