UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOAO RICARDO DEBORBA,<br><br>  Defendant. | NO. CR22-5139 DGE<br><br>ORDER CONTINUING DETENTION<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 6th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1
SUPERSEDING INDICTMENT