The Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOAO RICARDO DEBORBA,<br><br>　　　　　Defendant. | NO. CR22-5139 DGE<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Please take notice that Amanda M. McDowell, Assistant United States Attorney for the Western District of Washington, hereby submits this Notice of Appearance of Counsel in the above-referenced matter. Undersigned counsel is now co-counsel of record for this case on behalf of the United States, and respectfully requests that all pleadings, court documents, and correspondence be sent to her in addition to and without terminating co-counsel of record.

DATED this 7th day of September, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Amanda M. McDowell*
AMANDA M. MCDOWELL
Assistant United States Attorney
Phone: 206-553-5040
Email: Amanda.McDowell@usdoj.gov

NOTICE OF APPEARANCE – 1
*United States v. DeBorba,* CR22-5139 DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970