JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOAO RICARDO DEBORBA,<br><br>Defendant. | No. CR22-5139-DGE<br><br>WAIVER OF SPEEDY TRIAL |

I, Joao R. DeBorba, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act; do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and I hereby consent to the continuance of my October 10, 2023, trial to a date on or before **January 31, 2024**.

I consent to the requested continuance in order to allow counsel the reasonable time necessary for effective preparation of my case. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). I also recognize that time may be excluded while substantive motions are pending. 18 U.S.C. § 3161(h)(1)(D).

I was present at a hearing on September 14, 2023, where my trial date was continued to January 16, 2024, and the Court found that time was excludable under the

WAIVER OF SPEEDY TRIAL
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1 | Speedy Trial Act. I also agree with my attorney's request for an extension of time to
2 | allow sufficient time for briefing and consideration of potentially dispositive pretrial
3 | motions.

DATED this 14 day of September, 2023.

_____
Joao Ricardo DeBorba, Defendant

WAIVER OF SPEEDY TRIAL
(*United States v. DeBorba*, CR22-5139-DGE) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710