UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>   v.<br><br>JOAO RICARDO DEBORBA,<br><br>                     Defendant. | CASE NO. 3:22-cr-05139-DGE<br><br>ORDER CONTINUING TRIAL DATE |

This matter came before the Court on September 14, 2023 for a hearing to discuss a briefing schedule on Defendant's motion to dismiss indictment (Dkt. No. 36) and the current trial date. At the hearing, the Court found cause to continue the trial date and in addition to the findings made on the record, which are hereby incorporated as findings of fact, finds that:

(a) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER CONTINUING TRIAL DATE - 1

(b) the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

(c) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(d) that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to January 16, 2024 at 9:00 a.m.  Pretrial Conference is set for January 5, 2024 at 9:30 a.m.

Dated this 14th day of September 2023.

David G. Estudillo
United States District Judge

ORDER CONTINUING TRIAL DATE - 2