The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOAO RICARDO DEBORBA, <br><br> Defendant. | NO. CR22-5139-DGE <br><br> GOVERNMENT'S MOTION TO FILE RESPONSE IN EXCESS OF 12 PAGES |

The government respectfully requests leave to file a response to defendant's Motion to Dismiss the Indictment that exceeds 12 pages.

Defendant's motion includes a 47-page brief challenging the constitutionality of two federal criminal statutes. For reasons discussed at the status conference on September 14, 2023, the facts and issues cannot be adequately briefed within the standard twelve-page limit of CrR 12(b)(5). Counsel for the government represents that the government's

//
//
//

Government's Motion to File Excess Pages - 1
*United States v. Deborba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
253- 428-3800

56-page response to defendant's is necessary to adequately address all the issues raised by defendant's motion.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Max B. Shiner*
MAX B. SHINER
AMANDA M. MCDOWELL
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: 253-428-3817
Email: Max.Shiner@usdoj.gov
Email: Amanda.McDowell@usdoj.gov

Government's Motion to File Excess Pages - 2
*United States v. Deborba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800