The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR22-5139DGE |
|---|---|
| Plaintiff, | |
| v. | **[Proposed] ORDER GRANTING GOVERNMENT'S MOTION TO FILE RESPONSE IN EXCESS OF 12 PAGES** |
| JOAO RICARDO DEBORBA, | |
| Defendant. | |

Upon the motion of the Government to file an Overlength Response to Defendant's Motion to Dismiss the Indictment in excess of the 12-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington.

IT IS HEREBY ORDERED that leave of court is hereby granted for the government to file a response to Defendant's Motion to Dismiss the Indictment not to exceed 56 pages.

IT IS SO ORDERED.

DONE this ___ day of September 2023.

_____
DAVID G. ESTUDILLO
United States District Judge

Presented by :

*s/ Max B. Shiner*
MAX B. SHINER
AMANDA M. MCDOWELL
Assistant United States Attorneys

Order Granting to File Excess Pages - 1
*United States v. Deborba,* CR22-5139DGE