UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOAO RICARDO DEBORBA,<br><br>Defendant. | NO. CR22-5139DGE<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO FILE RESPONSE IN EXCESS OF 12 PAGES** |

Upon the motion of the Government to file an Overlength Response to Defendant's Motion to Dismiss the Indictment in excess of the 12-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington.

IT IS HEREBY ORDERED that leave of court is hereby granted for the government to file a response to Defendant's Motion to Dismiss the Indictment not to exceed 56 pages.

IT IS SO ORDERED.

DONE this 3rd day of October 2023.

David G. Estudillo
United States District Judge

Presented by :

*s/ Max B. Shiner*
MAX B. SHINER
AMANDA M. MCDOWELL
Assistant United States Attorneys

Order Granting to File Excess Pages - 1
*United States v. Deborba,* CR22-5139DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800