JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-5139-DGE |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING DEFENSE MOTION TO DISMISS COUNT 7 OF THE SUPERSEDING INDICTMENT |
| JOAO RICARDO DEBORBA, | |
| Defendant. | |

The Court has reviewed the defendant's Motion to Dismiss Count 7 of the Superseding Indictment for good cause, the response by the government and the records and files therein,

It is hereby ORDERED that the motion is GRANTED and Count 7 of the Superseding Indictment is dismissed.

DONE this ___ day of October 2023.

_____
JUDGE DAVID G. ESTUDILLO
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rebecca Fish*
Assistant Federal Public Defender
Attorney for Joao DeBorba

ORDER RE: MOTION TO DISMISS CT. 7 OF THE INDICTMENT
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710