The Honorable David G. Estudillo

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10   UNITED STATES OF AMERICA,

11              Plaintiff,

12        v.

13   JOAO RICARDO DEBORBA,

14              Defendant.

15

16

NO. 22-5139-DGE

[PROPOSED] ORDER STRIKING EXPERT
DECLARATION

17       Having reviewed the government's Motion to Strike Expert Declaration, it is

18   hereby ORDERED that the Expert Report and Declaration of Pratheepan Gulasekaram

19   (docket no. 53-1) is stricken.

20       DATED this _____ day of October, 2023.

21

22

23                                    _____
                                      DAVID G. ESTUDILLO
24   Presented by:                    United States District Judge

25    _/s/ Max B. Shiner_____
     MAX B. SHINER
26   Assistant United States Attorney

27

Order re Motion to Strike - 1
*United States v. DeBorba* / CR 22-5139-DGE