The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOAO RICARDO DEBORBA, <br><br> Defendant. | NO. CR22-5139-DGE <br><br> GOVERNMENT'S MOTION TO FILE RESPONSE IN EXCESS OF 12 PAGES |

The government respectfully requests leave to file a response to defendant's Motion to Dismiss the Indictment that exceeds 12 pages.

Defendant's motion, pursuant to an order permitting the filing of an oversize brief, includes a 32-page brief challenging the constitutionality of the federal criminal statute regulating the possession of firearm silencers, and an additional 35 pages of exhibits. Consequently, counsel for the government represents that the facts and issues presented by the motion cannot be adequately briefed within the standard twelve-page limit of

//
//

Government's Motion to File Excess Pages - 1
*United States v. Deborba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

CrR 12(b)(5). Counsel for the government represents that the government's 17-page response to defendant's is necessary to adequately address all the issues raised by defendant's motion.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Max B. Shiner*
MAX B. SHINER
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: 253-428-3817
Email: Max.Shiner@usdoj.gov

Government's Motion to File Excess Pages - 2
*United States v. Deborba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800