CHIEF JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-5139-DGE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO FILE OVERLENGTH REPLY TO RESPONSE IN OPPOSITION TO MR. DEBORBA'S MOTION TO DISMISS COUNT 7 |
| JOÃO RICARDO DEBORBA, | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW defendant, João DeBorba, and respectfully files this motion seeking the Court's permission to file a Reply to the Government's Response in Opposition to his Motion to Dismiss Count 7 of the Superseding Indictment of 9 pages. As the Court is aware, Mr. DeBorba's Motion contains multiple arguments to dismiss the charge he faces. Some of these arguments relate to last year's landmark Supreme Court decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). Dkt. 56. Mr. DeBorba's Reply follows the government's 17-page Response in Opposition. Dkt. 60. In his Reply, Mr. DeBorba addresses the government's multiple and complex legal arguments. Undersigned counsel believes the Reply is as short as possible while still appropriately briefing the issues, which cannot be adequately briefed within the six-page limit of CrR 12(b)(5).

Accordingly, Mr. DeBorba seeks permission to file a Reply of not more than 9 pages.

MOTION TO FILE OVERLENGTH BRIEFING
(*United States v. DeBorba*, CR22-5139-DGE) - 1

1    Dated this 9th day of November 2023.

2                                    Respectfully submitted,

3                                    *s/ Rebecca Fish*
4                                    Assistant Federal Public Defender
                                     Attorney for Mr. João DeBorba
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**