CHIEF JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOÃO RICARDO DEBORBA,<br><br>　　　　Defendant. | No. CR22-5139-DGE<br><br>(PROPOSED) ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY TO RESPONSE IN OPPOSITION TO MR. DEBORBA'S MOTION TO DISMISS COUNT 7 |

　　Upon the Motion of Mr. DeBorba to file a Reply to the Government's Response in Opposition to his Motion to Dismiss Count 7 of Superseding Indictment in excess of the six-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

　　IT IS HEREBY ORDERED that leave of court is hereby granted for Mr. DeBorba to file a Reply to the Government's Response in Opposition to his Motion to Dismiss Count 7 not to exceed 9 pages.

　　IT IS SO ORDERED.

　　DONE this ___ day of November 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE DAVID G. ESTUDILLO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rebecca Fish*_____
Assistant Federal Public Defender
Attorney for João DeBorba

ORDER RE: MOTION TO FILE
OVERLENGTH BRIEFING
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710