UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,          )   No.  CR22-5139-DGE
                                   )
          Plaintiff,               )
                                   )
     v.                            )   ORDER GRANTING MOTION TO
                                   )   FILE OVERLENGTH REPLY TO
                                   )   RESPONSE IN OPPOSITION TO MR.
JOÃO RICARDO DEBORBA,              )   DEBORBA'S MOTION TO DISMISS
                                   )   COUNT 7
          Defendant.               )
                                   )

        Upon the Motion of Mr. DeBorba to file a Reply to the Government's Response

in Opposition to his Motion to Dismiss Count 7 of Superseding Indictment in excess of

the six-page limitation imposed by CrR 12(b)(5) of the Rules of the United States

District Court for the Western District of Washington,

        IT IS HEREBY ORDERED that leave of court is hereby granted for Mr.

DeBorba to file a Reply to the Government's Response in Opposition to his Motion to

Dismiss Count 7 not to exceed 9 pages.

        IT IS SO ORDERED.

        DONE this 15th day of November 2023.


                                        _____
                                        David G. Estudillo
                                        United States District Judge

Presented by:

s/ Rebecca Fish
Assistant Federal Public Defender
Attorney for João DeBorba

ORDER RE: MOTION TO FILE
OVERLENGTH BRIEFING
(*United States v. DeBorba*, CR22-5139-DGE) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**