CHIEF JUDGE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-5139-DGE |
| Plaintiff, | MR. DEBORBA'S NOTICE OF SUPPLEMENTAL AUTHORITY RE: MOTION TO DISMISS COUNTS 1-6 [Dkt. 36] |
| v. | |
| JOÃO RICARDO DEBORBA, | |
| Defendant. | |

Mr. DeBorba, through counsel, notifies the court of supplemental authority that was issued after his reply regarding his Motion to Dismiss Counts 1 through 6 of the Superseding Indictment under the Second Amendment. [Dkt. 36]. On December 11, 2023, Honorable District Judge Kathleen Cardone of the Western District of Texas entered a Memorandum Opinion and Order finding § 922(g)(5) facially unconstitutional in *United States v. Sing-Ledezma*, EP-23-CR-823(1)-KC, Dkt. No. 43; 2023 WL 8587869. That Memorandum Opinion and Order is attached here.

DATED this 14th day of December 2023.

Respectfully submitted,

*s/ Rebecca C. Fish*
Assistant Federal Public Defender
Attorney for João Ricardo DeBorba

MR. DEBORBA'S NOTICE OF SUPPLEMENTAL AUTHORITY
(*United States v. DeBorba*, CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710