The Hon. David G. Estudillo

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  UNITED STATES OF AMERICA,                    NO. CR22-5139-DGE

11                      Plaintiff,

12           v.                                  **NOTICE OF APPEARANCE
                                                 OF ADDITIONAL COUNSEL
13  JOAO RICARDO DEBORBA,                         FOR THE UNITED STATES**

                        Defendant.
14

15

16

17       PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA")

18  Karyn S. Johnson hereby appears on behalf of the United States for the specific purpose

19  of litigating the forfeiture aspects of this case. Going forward, please serve copies of all

20  pleadings, court documents, and correspondence on AUSA Johnson at:

21

22           KARYN S. JOHNSON
             Assistant United States Attorney
23           United States Attorney's Office
             700 Stewart Street, Suite 5220
24           Seattle, WA  98101
             Phone: (206) 553-2462
25           Fax: (206) 553-6934
             Karyn.S.Johnson@usdoj.gov
26

27

Notice of Appearance - 1
*United States v. Joao Ricardo DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

DATED this 2nd day of January, 2024.

2

3

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

4

5

6

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance - 2
*United States v. Joao Ricardo DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify that on January 2, 2024, I electronically filed the foregoing with

4 the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all

5 ECF participants of record.

6

7

   *s/ Chantelle Smith*

8    CHANTELLE SMITH
   FSA Supervisory Paralegal, Contractor

9    United States Attorney's Office
   700 Stewart Street, Suite 5220

10    Seattle, Washington 98101

11    Phone: (206) 553-2242
   Fax: (206) 553-6934

12    Chantelle.Smith2@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance - 3
*United States v. Joao Ricardo DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970