The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-5139-DGE |
| Plaintiff, | |
| v. | UNITED STATES' WITNESS LIST |
| JOAO RICARDO DEBORBA, | |
| Defendant. | |

The United States hereby submits this list of witnesses it may call to testify during its case-in-chief.

The Government reserves the right to supplement, or otherwise revise, this witness list to address issues and defenses raised by Defendant.

Zachary Allred (Vancouver Police Department)

Jason Armstrong (Bureau of Alcohol, Tobacco, Firearms, and Explosives)

Claudia Grigore (Bureau of Alcohol, Tobacco, Firearms, and Explosives)

Andrey Liksakov (Washington State Patrol)

Benjamin Grant Taylor (Federal Bureau of Investigation)

//

//

United States' Witness List - 1
*United States v. DeBorba*, CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Jordan Vossler (Department of Homeland Security/Immigration and Customs
2  Enforcement)

3  DATED this 2nd day of January, 2024.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/ Max B. Shiner*
Max B. Shiner
Amanda McDowell
Assistant United States Attorneys
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Telephone: (253)-428-3822
E-mail: max.shiner@usdoj.gov

United States' Witness List - 2
*United States v. DeBorba*, CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800