The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-5139-DGE |
| Plaintiff, | |
| v. | UNITED STATES' EXHIBIT LIST |
| JOAO RICARDO DEBORBA, | |
| Defendant. | |

The United States hereby submits this list of exhibits it may offer during its case-in-chief. The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial. The Government will provide the Court with a set of exhibits.

| Exhibit | Description | Offer | Admit | Witness |
|---|---|---|---|---|
| | *Photographs* | | | |
| 1 | Photo of Concealed Pistol License (Bates no. 08846) | | | Officer Allred |
| 2 | Photo of Firearms from Nov. 2019 seizure (Bates no. 08898) | | | Officer Allred |
| 3 | Photo of Firearms from Nov. 2019 seizure (Bates no. 08899) | | | Officer Allred |
| 4 | Photos of Ammunition from Nov. 2019 seizure (Bates no. 08817-08819) | | | Officer Allred |
| 5 | Photo from May 2022 search (Bates no. 08909) | | | Agent Vossler |

United States' Exhibit List - 1
United States v. DeBorba, CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Exhibit | Description | Offer | Admit | Witness |
|---|---|---|---|---|
| 6 | Photo from May 2022 search (Bates no. 08910) | | | Agent Vossler |
| 7 | Photo from May 2022 search (Bates no. 08913) | | | Agent Vossler |
| 8 | Photo from May 2022 search (Bates no. 08929) | | | Agent Vossler |
| 9 | Photo from May 2022 search (Bates no. 08931) | | | Agent Vossler |
| 10 | Photo from May 2022 search (Bates no. 08939) | | | Agent Vossler |
| 11 | Photo from May 2022 search (Bates no. 08940) | | | Agent Vossler |
| 12 | Photo from May 2022 search (Bates no. 08942) | | | Agent Vossler |
| 13 | Photo from May 2022 search (Bates no. 08943) | | | Agent Vossler |
| 14 | Photo from May 2022 search (Bates no. 08944) | | | Agent Vossler |
| 15 | Photo from May 2022 search (Bates no. 08945) | | | Agent Vossler |
| 16 | Photo from May 2022 search (Bates no. 08946) | | | Agent Vossler |
| 17 | Photo from May 2022 search (Bates no. 08947) | | | Agent Vossler |
| 18 | Photo from May 2022 search (Bates no. 08948) | | | Agent Vossler |
| 19 | Photo from May 2022 search (Bates no. 08950) | | | Agent Vossler |
| 20 | Photo from May 2022 search (Bates no. 08952) | | | Agent Vossler |
| 21 | Photo from May 2022 search (Bates no. 08953) | | | Agent Vossler |
| 22 | Photo from May 2022 search (Bates no. 08954) | | | Agent Vossler |
| 23 | Photo from May 2022 search (Bates no. 08959) | | | Agent Vossler |
| 24 | Photo from May 2022 search (Bates no. 08960) | | | Agent Vossler |
| 25 | Photo from May 2022 search (Bates no. 08961) | | | Agent Vossler |
| 26 | Photo from May 2022 search (Bates no. 08962) | | | Agent Vossler |
| 27 | Photo from May 2022 search (Bates no. 08963) | | | Agent Vossler |
| 28 | Photo from May 2022 search (Bates no. 08964) | | | Agent Vossler |
| 29 | Photo from May 2022 search (Bates no. 08965) | | | Agent Vossler |

United States' Exhibit List - 2
*United States v. DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Exhibit | Description | Offer | Admit | Witness |
|---|---|---|---|---|
| 30 | Photo from May 2022 search (Bates no. 08967) | | | Agent Vossler |
| 31 | Photo from May 2022 search (Bates no. 08971) | | | Agent Vossler |
| 32 | Photo from May 2022 search (Bates no. 08974) | | | Agent Vossler |
| 33 | Photo from May 2022 search (Bates no. 08976) | | | Agent Vossler |
| 34 | Photo from May 2022 search (Bates no. 08981) | | | Agent Vossler |
| 35 | Photo from May 2022 search (Bates no. 08983) | | | Agent Vossler |
| 36 | Photo from May 2022 search (Bates no. 08984) | | | Agent Vossler |
| 37 | Photo from May 2022 search (Bates no. 08990) | | | Agent Vossler |
| 38 | Photo from May 2022 search (Bates no. 08999) | | | Agent Vossler |
| 39 | Photo from May 2022 search (Bates no. 09001) | | | Agent Vossler |
| 40 | Photo from May 2022 search (Bates no. 09005) | | | Agent Vossler |
| 41 | Photo from May 2022 search (Bates no. 09004) | | | Agent Vossler |
| 42 | Photos of Ruger model LCP 9 mm caliber handgun (Bates no. 9401-9403) | | | Agent Vossler |
| 43 | Photos of Ammunition from May 2022 seizure (Bates no. 08826-08830) | | | Agent Vossler |
| 44 | Photo of Brazilian Passport (Bates no. 09030) | | | Agent Vossler |
| | *Reserved* | | | |
| | ***Physical Evidence*** | | | |
| 45 | Glock model 26 9mm caliber handgun | | | Officer Liksakov |
| 46 | Savage Arms model M11 .308 caliber rifle | | | Officer Allred |
| 47 | Sig Sauer model 1911 STX .45 auto caliber handgun | | | Officer Allred |
| 48 | KelTec model Sub-2000 .40 caliber rifle | | | Officer Allred |
| 49 | Century Arms model RAS47 7.62 caliber rifle | | | Officer Allred |
| 50 | Rock Island Armory model M200 .38 special caliber handgun | | | Officer Allred |
| 51 | Tanfoglio model GT27 .25 ACP caliber handgun | | | Officer Allred |
| 52 | Sig Sauer model P226 9mm caliber handgun | | | Officer Allred |

United States' Exhibit List - 3
*United States v. DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Exhibit | Description | Offer | Admit | Witness |
|---|---|---|---|---|
| 53 | KelTec model P-32 .32 ACP caliber handgun | | | Officer Allred |
| 54 | Taurus .357 magnum caliber handgun | | | Officer Allred |
| 55 | Rock Island Armory model M191 I .380 caliber handgun | | | Officer Allred |
| 56 | Ruger model Precision .17 HMR caliber rifle | | | Officer Allred |
| 57 | Bear Creek Arsenal model BCA15 rifle | | | Officer Allred |
| 58 | Savage Arms model 110 .338 caliber rifle | | | Officer Allred |
| 59 | Fabrique Nationale Herstal model 1952 rifle | | | Officer Allred |
| 60 | .308 caliber 1917 Enfield rifle | | | Officer Allred |
| 61 | Deutsche Waffen model 1908 7mm caliber rifle | | | Officer Allred |
| 62 | Remington model 870 12-gauge shotgun | | | Officer Allred |
| 63 | Spike's Tactical model ST15 5.56mm caliber rifle | | | Officer Allred |
| 64 | Winchester model 94 .30-30 caliber rifle | | | Officer Allred |
| 65 | 20 rounds of CBC 9mm caliber ammunition | | | Officer Allred |
| 66 | 7 rounds of Blazer Brass .380 caliber ammunition | | | Officer Allred |
| 67 | Ruger model LCP 9 mm caliber handgun | | | Agent Vossler |
| 68 | Two boxes each containing 50 rounds of Aguila .300 AAC blackout ammunition | | | Agent Vossler |
| 69 | One box containing 50 rounds of Blazer Brass .380 caliber ammunition | | | Agent Vossler |
| | Reserved | | | |
| | ***Court Documents*** | | | |
| 70 | Domestic Violence No Contact Order issued Nov. 12, 2019, case no. 9Z1074494 (Bates no. 09299-09300) | | | Agent Vossler |
| 71 | Domestic Violence No Contact Order issued Nov. 14, 2019, case no. 9Z1074494 (Bates no. 09296-09297) | | | Agent Vossler |
| 72 | Domestic Violence No Contact Order issued June 3, 2020, case no. 2020-1-01294-06 (Bates no. 09301-09302) | | | Agent Vossler |
| 73 | Domestic Violence No Contact Order issued Oct. 14, 2020, case no. 2020-1-01294-06 (Bates no. 09303-09304) | | | Agent Vossler |
| 74 | Domestic Violence No Contact Order issued June 3, 2020, case no. 2020-1-01294-06 (Bates no. 09301-09302) | | | Agent Vossler |
| 75 | Domestic Violence No Contact Order issued Aug. 23, 2021, case no. 2021-1-01539-06 (Bates no. 09305-09306) | | | Agent Vossler |

United States' Exhibit List - 4
*United States v. DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

| Exhibit | Description | Offer | Admit | Witness |
|---|---|---|---|---|
| 76 | Domestic Violence No Contact Order issued Jan. 31, 2022, case no. 2021-1-01539-06 (Bates no. 09309-09310) | | | Agent Vossler |
| | *Reserved* | | | |
| **Other Records** | | | | |
| 77 | I-94 Arrival/Departure Record (Bates no. 08874) | | | Agent Vossler |
| 78 | Immigration File Details (Bates no. 08875-08892) | | | Agent Vossler |
| 79 | Social Security Card (Bates no. 08690) | | | Agent Vossler |
| 80 | Firearms Transaction Record dated April 4, 2019, and Certificate of Authenticity (Bates no. 09287-09293) | | | Agent Vossler |
| 81 | Firearms Transaction Record dated May 8, 2019, and Certificate of Authenticity (Bates no. 09267-09276) | | | Agent Vossler |
| 82 | Concealed Pistol License Application and Certificate of Authenticity (Bates no. 09284-09268) | | | Agent Vossler |
| 83 | National Firearms Registration and Transfer Record Search Certificate (Bates no. 09295) | | | Agent Vossler |
| | *Reserved* | | | |

DATED this 2nd day of January, 2024.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Max B. Shiner*
Max B. Shiner
Amanda McDowell
Assistant United States Attorneys
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Telephone: (253)-428-3822
E-mail: max.shiner@usdoj.gov

United States' Exhibit List - 5
*United States v. DeBorba,* CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800