The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOAO RICARDO DEBORBA,<br><br>Defendant. | NO. CR22-5139-DGE<br><br>UNITED STATES' TRIAL SUBMISSION |

During its trial presentation at the February 5, 2024, stipulated facts and bench trial, the United States presented the following slides, which the government is filing per the Court's order.

DATED this 5th day of February, 2024.

                                                  Respectfully submitted,

                                                  TESSA M. GORMAN
                                                  United States Attorney

                                                  *s/Max B. Shiner*
                                                  Max B. Shiner
                                                  Amanda McDowell
                                                  Assistant United States Attorneys
                                                  United States Attorney's Office

United States' Trial Submission - 1
*United States v. DeBorba*, CR22-5139-DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800