# United States
# v.
# Joao Ricardo DeBorba

# Count 1: Unlawful Possession of Firearms and Ammunition (5/6/2022)

✓ DeBorba knowingly possessed firearm and ammo
- ¶ 23 & Ex. 12 (photos): SW of apartment
- ¶ 30 & Ex. 17 (SA Taylor Report): reviewed pictures and "admitted that the firearms in the picture were his"




Ex. 12, Bates 08948; 08960

# Count 1: Unlawful Possession of Firearms and Ammunition (5/6/2022)

✓ Interstate Nexus
- ¶ 28: ATF SA Grigore determined nexus
- ¶ 28: DeBorba stipulates

✓ DeBorba knew he was a non-citizen illegally and unlawfully in United States, (g)(5)
- ¶ ¶ 2-6, 30: DeBorba admits that "he was aware at all times relevant to this case that he did not have legal status in the United States." ¶ 6

# Count 1: Unlawful Possession of Firearms and Ammunition (5/6/2022)

✓ Subject to a court order meeting the requirements of 18 U.S.C. § 922(g)(8)(A)-(C)
- ¶¶ 18-19 & Ex. 9: Oct. 14, 2020 NCO
  - Expired 10/14/2022
- ¶¶ 20-21 & Ex. 11: Jan. 31, 2022 NCO
  - Expires 1/31/2027
- ¶¶ 19, 21: "A.D. is DeBorba's "intimate partner."



# Count 2: Unlawful Possession of Firearms and Ammunition (11/16/2019)

✓ DeBorba knowingly possessed firearm and ammo
- ¶ 16 & Ex. 7 (VPD Allred report): Consent to search apartment; combo to gun safe
- *Id.* "DeBorba stated he did [possess firearms] and confirmed they were located in his apartment."
- *Id.* Firearms and ammo listed in Ct. 2 were located

# Count 2: Unlawful Possession of Firearms and Ammunition (11/16/2019)

✓ Interstate Nexus
- ¶ 17: ATF SA Grigore determined nexus
- *Id.*: DeBorba stipulates

✓ DeBorba knew he was a non-citizen illegally and unlawfully in United States, (g)(5)
- ¶ ¶ 2-6, 30: DeBorba admits that "he was aware at all relevant times relevant to this case that he did not have legal status in the United States."

# Count 2: Unlawful Possession of Firearms and Ammunition (11/16/2019)

- ✓ Subject to a court order meeting the requirements of 18 U.S.C. § 922(g)(8)(A)-(C)
    - ¶¶ 14-15 & Ex. 6: Nov. 14, 2019 NCO
    - *Id.* Expires 11/12/2024



# Count 3: Unlawful Possession of a Firearm (4/14/2019)

✓ DeBorba knowingly possessed firearm
- ¶¶ 12-13: WSP traffic stop
- *Id.* "DeBorba told Officer … that his Glock 26 handgun was in the backpack … Officer … found the Glock 26."

✓ Interstate Nexus
- ¶ 13: ATF SA Grigore determined nexus
- *Id.*: DeBorba stipulates

✓ DeBorba knew he was a non-citizen illegally and unlawfully in United States, (g)(5)
- ¶ ¶ 2-6, 30: DeBorba admits that "he was aware at all relevant times relevant to this case that he did not have legal status in the United States."

# Count 4: False Statement During Purchase of Firearm (5/8/2019)

✓ Brass Tacks Munitions = licensed firearms dealer
  - ¶ 11

✓ In connection with acquiring a Rock Island Armory model M200 .38 special caliber handgun, DeBorba made a false statement
  - ¶ 11; Ex. 4 (4473; Firearms Transaction Record)

## Firearms Transaction Record (ATF Form 4473)

**U.S. Department of Justice — Bureau of Alcohol, Tobacco, Firearms and Explosives**
OMB No. 1140-0020

**Transferor's/Seller's Transaction Serial Number:** 1002x1448 / BTM 191

### Section A — Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name:
   - Last Name: DEBORBA
   - First Name: JOAO
   - Middle Name: RICARDO

2. Current State of Residence and Address:
   - Number and Street Address: 12800 SE 7th, Apt #E1
   - City: VANCOUVER
   - County: CLARK
   - State: WA
   - ZIP Code: 98683

3. Place of Birth — Foreign Country: BRAZIL
4. Height: 5 ft 7 in
5. Weight (Lbs.): 190
6. Sex: ☒ Male
7. Birth Date: [redacted]

10.a Ethnicity: ☒ Not Hispanic or Latino
10.b Race: ☒ White

11. Answer the following questions:
   a. Are you the actual transferee/buyer of the firearm(s)? — Yes ☒ / No ☐
   b. Are you under indictment...? — No ☒
   c. Have you ever been convicted...felony? — No ☒
   d. Are you a fugitive from justice? — No ☒
   e. Are you an unlawful user of...? — No ☒
   f. Have you ever been adjudicated...mental defective? — No ☒
   g. Have you been discharged from the Armed Forces under dishonorable conditions? — No ☒
   h. Are you subject to a court order...? — No ☒
   i. Have you ever been convicted...misdemeanor crime of domestic violence? — No ☒

12.a Country of Citizenship: ☒ United States of America (U.S.A.)
12.b Have you ever renounced your United States citizenship? — No ☒
12.c Are you an alien illegally or unlawfully in the United States? — No ☒
12.d.1 Are you an alien...admitted to the United States under a nonimmigrant visa? — No ☒
12.d.2 If "yes," do you fall within any of the exceptions...? — ☒ N/A

### Certification

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473...

14. Transferee's/Buyer's Signature: [signature]
15. Certification Date: 5/8/19

### Section B — Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred: ☒ Handgun

### Section D — Must Be Completed By Transferor/Seller Even If The Firearm(s) Is Not Transferred

| | 24. Manufacturer and Importer | 25. Model | 26. Serial Number | 27. Type | 28. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | Rock Island Armory | M200 | RIA1999506 | revolver | 38 spl |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

Ex. 4

# Count 4: False Statement During Purchase of Firearm (5/8/2019)

✓ DeBorba knew the statement was false
- ¶ ¶ 2-6, 30: DeBorba admits that "he was aware at all relevant times relevant to this case that he did not have legal status in the United States."

✓ False statement was material
- ¶ 11: "DeBorba's statements regarding his citizenship and legal status influenced Brass Tacks Munitions into believing that the firearm could be sold to DeBorba in compliance with Title 18, United States Code, Section 922(d)(5)."

# Count 5: False Statement During Purchase of Firearm (4/4/2019)

- ✓ Cabela's= licensed firearms dealer
  - ¶ 10

- ✓ In connection with acquiring a Sig Sauer model 1911 STX .45 auto caliber handgun, DeBorba made a false statement
  - ¶ 10; Ex. 3 (4473; Firearms Transaction Record)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Gun IDs: 8331337

**Firearms Transaction Record**
Phone Number: 978-398-5793

OMB No. 1140-0020

0 04760 21721 0

Double Check: MC

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at licensed premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. "PLEASE PRINT."

Transferor's/Seller's Transaction Serial Number (If any)

**200558**

**Section A - Must Be Completed Personally By Transferee/Buyer**

1. Transferee's/Buyer's Full Name (If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)

Last Name (Including suffix (e.g., Jr, Sr, II, III)): **DEBORBA**
First Name: **JOAO**
Middle Name: **RICARDO**

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

Number and Street Address: **12800 SE 7TH STREET APT# E1**
City: **VANCOUVER**
County: **CLARK**
State: **WA**
ZIP Code: **98683**

3. Place of Birth
U.S. City and State -OR- Foreign Country: **BRAZIL**

4. Height: Ft. **5** In. **7**
5. Weight (Lbs.): **190**
6. Sex: [X] Male [ ] Female
7. Birth Date: Month ▇ Day ▇ Year ▇

8. Social Security Number (Optional, but will help prevent misidentification): ▇▇▇-▇▇-▇▇▇▇

9. Unique Personal Identification Number (UPIN) if applicable (See Instructions for Question 9.)

10.a. Ethnicity: [ ] Hispanic or Latino  [X] Not Hispanic or Latino

10.b. Race (In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)
[ ] American Indian or Alaska Native  [ ] Black or African American  [X] White
[ ] Asian  [ ] Native Hawaiian or Other Pacific Islander

11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.) | [X] | [ ] |
| b. | Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year? (See Instructions for Question 11.b.) | [ ] | [X] |
| c. | Have you ever been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Instructions for Question 11.c.) | [ ] | [X] |
| d. | Are you a fugitive from justice? (See Instructions for Question 11.d.) | [ ] | [X] |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | [ ] | [X] |
| f. | Have you ever been adjudicated mentally defective OR have you ever been committed to a mental institution? (See Instructions for Question 11.f.) | [ ] | [X] |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | [ ] | [X] |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Instructions for Question 11.h.) | [ ] | [X] |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (See Instructions for Question 11.i.) | [ ] | [X] |

12.a. Country of Citizenship (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
[X] United States of America (USA)   [ ] Other Country/Countries (Specify):

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | [ ] | [X] |
| 12.c. Are you an alien illegally or unlawfully in the United States? | [ ] | [X] |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? (See Instructions for Question 12.d.) | [ ] | [X] |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the Instructions? | N/A | |

13. If you are an alien, record your U.S.-issued Alien or Admission number (AR#, USCIS#, or I94#):

Previous Editions Are Obsolete
Page 1 of 6

Transferee/Buyer Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF E-Form 4473 (5300.9)
Revised October 2016

---

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. (See Instructions for Question 14.)

14. Transferee's/Buyer's Signature: *[signature]*

15. Certification Date: **04/04/2019**

**Section B - Must Be Completed By Transferor/Seller**

---

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) is Not Transferred**

| | 24. Manufacturer and Importer (If any) (If the manufacturer and Importer are different, the FFL should include both.) | 25. Model (If Designated) | 26. Serial Number | 27. Type (See Instructions for Question 27.) | 28. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | SIG SAUER | 1911 STX | 54E026501 | PISTOL | .45 AUTO |
| 2. | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ |
| 3. | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ |
| 4. | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ | ~~~~~~~~ |

Ex. 3

# Count 5: False Statement During Purchase of Firearm (4/4/2019)

✓ DeBorba knew the statement was false
- ¶ ¶ 2-6, 30: DeBorba admits that "he was aware at all relevant times relevant to this case that he did not have legal status in the United States."

✓ False statement was material
- ¶ 10: "DeBorba's statements regarding his citizenship and legal status influenced Cabela's into believing that the firearm could be sold to DeBorba in compliance with Title 18, United States Code, Section 922(d)(5)."

# Count 6: False Claim to United States Citizenship (2/25/2019)

- ✓ DeBorba directly and falsely represented himself to be a U.S. citizen
    - ¶ 8 & Ex. 2 (Concealed Pistol License)

## Washington State Department of Licensing — Concealed Pistol License Application

Handwritten annotations at top: `RMS SA`, `TRV`, `3.18 2/25. JB`, `9.25 LLB # 5508212?`

**PRINT or TYPE all information.**

Application type: ☒ Original application   ☐ Renewal of license   ☐ Late renewal of license   ☐ Replacement license

Name (Last, First, Middle): **DE BORBA    JOAO    RICARDO**

CPL number, if applicable: —
Driver license number: — State: **WA**

Other names by which you have been known (for example: maiden name): —

Physical address—required: **12800 SE 7th Street**
City: **VANCOUVER**   State: **WA**   ZIP: **98083**

Mailing address (if different): —

Date of birth: [redacted]
Birthplace (City, State/Province, Country): **JOINVILLE, SC / BRAZIL**
(Area code) Telephone number: **(978) 398-5793**
Gender: ☒ Male  ☐ Female

Height: **5** feet **7** inches
Weight: **190** pounds
Eyes (color): **BROWN**
Hair color: **NONE**
Ethnicity: ☐ Hispanic or Latino  ☐ Not Hispanic or Latino

Race (Check all that apply):
☐ Black or African American   ☐ American Indian or Alaska Native   ☒ White   ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander

List type and location of all marks, scars, and tattoos: —

EMAIL ADDRESS: **KOLINHO2005@YAHOO.COM**

### Residency
1. Are you a U.S. citizen? ........................................................ ☒ Yes ☐ No
   If no, enter country of citizenship _____
2. Are you a permanent resident alien? ........................... ☐ Yes ☒ No
   If yes, enter your permanent resident card number _____
3. Are you a legal alien temporarily residing in Washington? ... ☐ Yes ☒ No
   If yes, enter your alien registration/I-94 number _____ and:
   Enter your alien firearms license number: _____ Expiration date: _____

### Answer the following
1. Have you ever been convicted in adult court or adjudicated in a juvenile court of the following crimes when committed by one family or household member against another, on or after July 1, 1993: assault in the fourth degree, coercion, stalking, reckless endangerment, criminal trespass in the first degree, or violation of the provision of a protection order or no-contact order restraining the person or excluding the person from a residence? .... ☐ Yes ☒ No
2. Are you now on bond or personal recognizance pending trial, appeal or sentence for any serious offense as defined in RCW 9.41.010 or for a felony for any crime where the judge can imprison you for more than one year? .................................................. ☐ Yes ☒ No
3. Have you been convicted of 3 or more violations of Washington's firearms laws within any 5-year period? ... ☐ Yes ☒ No
4. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? ................................................................. ☐ Yes ☒ No
5. Have you ever been adjudicated mentally defective (which includes having been adjudicated incompetent to manage your own affairs) or have you ever been committed to a mental institution? ..... ☐ Yes ☒ No
6. Have you been discharged from the Armed Forces under dishonorable conditions? ......... ☐ Yes ☒ No
7. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? ................................................ ☐ Yes ☒ No
8. Have you been convicted in any court of a misdemeanor crime of domestic violence? ..... ☐ Yes ☒ No
9. Have you ever renounced your United States citizenship? ................................... ☐ Yes ☒ No
10. Are you an alien illegally in the United States? .............................................. ☐ Yes ☒ No

Signing this application authorizes the Department of Social and Health Services, as well as mental-health institutions and other health-care facilities, to release information relevant to your eligibility for a concealed pistol license to an inquiring court or law-enforcement agency.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Date and place signed: **02/25/2019**
Applicant signature: X [signature]

Ex. 2

# Count 6: False Claim to United States Citizenship (2/25/2019)

✓ DeBorba was not a citizen at that time
- ¶ ¶ 2-6, 30: DeBorba admits that "he was aware at all times relevant to this case that he did not have legal status in the United States."

✓ DeBorba made the false representation willfully (voluntarily and deliberately)
- ¶ 8: "DeBorba knew that his answers … were false… and thus made [them] voluntarily and deliberately."

# Count 6: False Claim to United States Citizenship (2/25/2019)

- ✓ False representation was made to someone who had good reason to inquire into citizenship
    - ¶ 8: "These questions on the Washington State Department of Licensing form were posed for the purpose of ensuring that the Concealed Pistol License could be issued to DeBorba in compliance with Revised Code of Washington 9.41.070 and 9.41.173 and that DeBorba's possession of a firearm would comply with Title 18, United States Code, Section 922(g)(5).

# Count 7: Unlawful Possession of Firearm Silencer (5/6/2022)

✓ Defendant knowingly possessed a firearm silencer
- ¶¶ 23-25, Ex. 13 (photo), & Ex. 15: ATF Officer Jason Armstrong concluded it meets the definition of "firearm silencer"




# Count 7: Unlawful Possession of Firearm Silencer (5/6/2022)

- ✓ DeBorba was aware the device was a firearm silencer
    - ¶ 27: DeBorba stipulates
- ✓ DeBorba had not registered the firearm silencer with the National Firearms Registration and Transfer Record
    - ¶ 26: Firearms Specialist Elicia Elkins confirmed
    - ¶ 27: DeBorba stipulates