Exhibit 1



**Vancouver Police Department**

## Report Number 2019-018624 - *Offense / Incident - -GO~5374778 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 9, 2019 23:50 | Nov 9, 2019 23:50 | Stephen Sloniker #1738 |

REPORT TAKEN LOCATION

VILLAGE ON SEVENTH APARTMENTS, ▓▓▓▓▓         VANCOUVER, WA 98683

### NARRATIVE

Document No: GO0053747780001
Subject: CASE SUMMARY AND RCW
Author: STEPHEN SLONIKER (231738)
Date:2019-11-10 04:40:00

[23RCW01 ] VPD CASE SUMMARY AND RCW v.150611_____ CASE
SUMMARY[ON 11/09/2019, AT APPROXIMATELY 2354 HOURS, I SELF-DISPATCHED TO 12800 ▓▓▓▓▓ (VILLAGE ON SEVENTH
APARTMENTS) IN REGARD TO A REPORT OF A PHYSICALDISTURBANCE AT THIS LOCATION. BASED ON THE RESULTING INVESTIGATION,
PROBABLECAUSE WAS DETERMINED TO EXIST TO ARREST SUBJECT JOAO R. DEBORBA FOR DOMESTICVIOLENCE ASSAULT, 4TH DEGREE.
JOAO R. DEBORBA WAS TAKEN INTO CUSTODY.]ATTACHMENTS[NONE ]EVIDENCE SUBMITTED IN TRAQ: [X ]NONE[ ]PHYSICAL EVIDENCE [ ]
DIGITAL EVIDENCELIST OF CHARGES[ASSA - 9A.36.041-DV - ASSAULT IV - DV ][][ ][ ]RECOMMENDATIONS[FORWARD TO DOMESTIC
VIOLENCE CASE SUPERVISORFORWARD TO DVPC ]EXTERNAL DISTRIBUTION (Other than options available in Routing) [No ][ ] [ ][]Other
External Distribution:[ ]_____

Document No: GO0053747780002
Subject: NARRATIVE - DV ASSAULT 4TH
Author: STEPHEN SLONIKER (231738)
Date:2019-11-10 04:47:00

On 11/09/2019, at approximately 2354 hours, I self-dispatched to 12800 ▓▓▓▓▓ . in regard to a report of a physical disturbance at this
location. Initial call notes the altercation was between a husband and wife, and the call for service was placed by their son. I responded
with Officer Aldridge.
I arrived at the incident location. The suspect, Joao R. DeBorba, was outside of the apartment complex speaking to Officers Wilhelm and
Barnett
as I arrived. Officer Aldridge placed Joao in handcuffs for our safety due to the violent nature of the alleged offense.
I then entered the dispatch residence, apartment H3, and contacted Officer Mason, who was interviewing R D ▓▓▓▓▓ R D ▓
identified himself as the son of Joao and A D ▓▓▓ A D ▓ . R D ▓ gave a statement to Officer Mason, saying he had witnessed Joao hit
his mother, both in an open-handed and close-fist fashion, during a verbal altercation earlier inthe evening. R D ▓ stated he saw Joao hit
A D ▓▓▓ in the kitchen of
the residence multiple times. See Officer Mason's supplemental report for further detail regarding the alleged assault.
I then contacted Officer Tretta who wasinterviewing A D ▓▓ DeBorba, Joao's wife. I did not observe any visible injuries on A D ▓▓
person upon my arrival. A D ▓▓ gave a statement that Joao had struck her multiple times in various rooms of the residence duringa
verbal altercation. A D ▓▓ stated she then asked Joao to speak outside so the children could not witness their argument. A D ▓
said she went outside and spoke to Joao while they both occupied his vehicle, at which time heattempted to leave the apartment complex
while she was inside the vehicle. A D ▓▓ stated she did not want to leave with Joao and "jumped out" of the vehicle as it was moving
before returning to the residence. During the interviewwith A D ▓▓ she stated she was in favor of a No Contact
Order against Joao, and she no longer wanted him to be in her house. See Officer Tretta's report for further detail regarding A D ▓▓
statement.
I then took custody of Joao from Officers Wilhelm and Barnett. I advised Joao he was under arrest and searched his person incident to
arrest, with

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Stephen Sloniker #1738   Nov 9, 2019 23:50 (e-signature) | Kevin Barton #1551   Nov 10, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Stephen Sloniker #1738 | Kevin Barton #1551 |

**Vancouver Police Department**
Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.
Imported Report.

Pg 1 of 3
08771

Report Number 2019-018624 - Offense Incident - GO 255747?? Report (Vancouver Police Department)

no finds. I transported Joao to the Clark Country Sheriff's Office Jail and transferred him to the custody of jail staff with no incident. Based on the statements provided by R D and A D I determined there to be probable cause to arrest Joao for Domestic Violence Assault, Fourth Degree, pursuant to RCW 9A.46.041.

## OFFENSE-1

| OFFENSE CODE | | | |
|---|---|---|---|
| 13130 | SIMPLE ASSAULT-MISD | | | |

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|---|
| Nov 9, 2019 00:00 | Nov 9, 2019 00:00 | ▪ COMPLETED<br>☐ ATTEMPTED | ☐ YES ▪ NO |

| DOMESTIC VIOLENCE | WAS METHOD OF ENTRY FORCED? |
|---|---|
| ▪ YES ☐ NO | ☐ YES ▪ NO |

### OFFENSE LOCATION

| LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION |
|---|
| VILLAGE ON SEVENTH APARTMENTS, |

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98683 | US |

| LOCATION CATEGORY |
|---|
| Residence/ Home |

### VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 A D O | 1980- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (360) 843-8789 (Mobile) |

| HOME ADDRESS |
|---|
| VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683 |

### WITNESS-1

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-1 R D | 2007- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Unknown | (360) 843-5477 (Mobile) |

| HOME ADDRESS |
|---|
| VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683 |

### INVOLVED OTHER-1

| INVOLVED OTHER-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-1 DEBORBA, JOAO R D | 1975- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (978) 398-5793 (Mobile) |

| HOME ADDRESS |
|---|
| VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683 |

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 3530286.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3530291.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3530292.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3530297.pdf | Nov 5, 2020 01:54 | L. Data Migration |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Stephen Sloniker #1738   Nov 9, 2019 23:50 (e-signature) | Kevin Barton #1551   Nov 10, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Stephen Sloniker #1738 | Kevin Barton #1551 |

Vancouver Police Department

Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.
Imported Report.

Pg 2 of 3

08772

Case 3:22-cr-05139-DGE   Document 84-1   Filed 05/10/24   Page 4 of 13

| 3534648.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3534651.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3534652.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| GO_2019_18624.pdf | Oct 28, 2020 15:29 | L. Data Migration |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
| Stephen Sloniker | 11/09/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Stephen Sloniker #1738   Nov 9, 2019 23:50 (e-signature) | Kevin Barton #1551   Nov 10, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Stephen Sloniker #1738 | Kevin Barton #1551 |

**Vancouver Police Department**
*Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.*
*Imported Report.*

Pg 3 of 3

08773

# Report Number 2019-018624 - Supplement - FU~707947 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 10, 2019 04:04 | Nov 9, 2019 23:50 | Tim Tretta #1697 |

SUPPLEMENT TYPE

Patrol Supplemental

## NARRATIVE

Document No: FU0007079470001
Subject: SUPPLEMENTAL
Author: TIMOTHY TRETTA (231697)
Date:2019-11-10 04:03:00

On 11/9/19 at about 2350 hours, I responded to 12800 ▓▓▓▓. (Village on Seventh Apartments▓▓▓) to assist Officer Sloniker concerning a physical disturbance. Upon my arrival at about 2359 hours, I met with ▓▓▓▓▓.
▓▓▓▓ was sitting on the stairs that lead to her apartment. ▓▓▓ was crying hysterically, which made communication difficult. I managed to calm ▓▓▓ enough to begin a dialog. ▓▓▓ reported that she came home from work and she met with her husband, Joao ▓▓▓ who was already at her home watching their four, in-common children. ▓▓▓ advised that Joao does not live with ▓▓▓ and they are currently separated.
▓▓▓ reported that Joao was angry when she arrived, which he's been since ▓▓▓ told him that she wants to get a divorce. ▓▓▓ aexplained that Joao started arguing with ▓▓▓ and he asked to look in her phone, which ▓▓▓ did not allow. As a result, Joao took ▓▓▓ phone from her however, it was password locked. ▓▓▓ advised that Joao should still have her phone as of this interview.
▓▓▓ advised that Joao demanded that ▓▓▓ provide him with the password to her phone, which she refused to give Joao. Joao threatened to damage ▓▓▓ phone by hitting it on the counter and then also threatened to hit ▓▓▓ if she did not provide him with its password. ▓▓▓ explained that she did not say anything to Joao when he threatened to hit her. ▓▓▓ advised that Joao then slapped ▓▓▓ on the right side of her face.
▓▓▓ explained that she anticipated a second slap to the left side of her face so she put her arm in front of her face to block the upcoming slapand in doing so ▓▓▓ hand hit Joao's face. In response, ▓▓▓ was told by Joao (in Portuguese) you hit me now I'm going to hit you good and then Joao punched ▓▓▓ on both of her arms, kicked her left leg and slapped the right side of her face. ▓▓▓ advised that she did not want the children seeing Joao hitting her so she went to the kitchen to separate away from Joao however, Joao followed her into the kitchen. ▓▓▓ explained thatshe believed that Joao would not hit ▓▓▓ in-front of the children so she decided to go into the kid's room; Joao followed.
While in the kid's room, ▓▓▓ reported that Joao slapped the left side of her face in-front of the kids.
▓▓▓ then asked Joao to come talk with her outside, he agreed and they went downstairs and sat in her car to talk. ▓▓▓ reported that once they were in the car, Joao started the car and wanted to drive away. ▓▓▓ advised that she did not want to go anywhere with Joao, which she told him several times. However, Joao backed the car out of a parking space anyhow. ▓▓▓ explained that once the car backed up Joao went to put the car in drive, which provided ▓▓▓ enough time to jump out of the car.
Once outof the car ▓▓▓ went back to her apartment while Joao parked the car. Because of the delay, ▓▓▓ was able to ask her child to all police. While ▓▓▓ child was calling police, ▓▓▓ went back and sat on the steps leading to her apartment where she was again met by Joao who was not aware that police were contacted.
▓▓▓ further advised that Joao has mental health issues that he takesmedication for, which she does not think he took prior to this incident. ▓▓▓ advised that if Joao has redness on his face it is because when he gets angry he tends to hit himself. While speaking with ▓▓▓ Idid not see any visible signs that she was injured. ▓▓▓ allowed me to photograph her face and also advised that Joao is "black belt" and he knows how to hit her without leaving a mark.
▓▓▓ agreed to complete a Smith Affidavit. After I read the affidavit I read her the perjury statement. After I read ▓▓▓ the perjury statement she signed both pages of her two page statement with me as a witness. Lastly, I went over a safety planwith ▓▓▓ prior to concluding my interview.
Corporal Lagerquist was notified as ▓▓▓ statements added to athreat score of 25.
Recommend:
Attach to GO.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Tim Tretta #1697   Nov 10, 2019 04:04 (e-signature) | Kevin Barton #1551   Nov 10, 2019 04:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| Tim Tretta #1697 | Kevin Barton #1551 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| Tim Tretta | 11/10/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Tim Tretta #1697   Nov 10, 2019 04:04 (e-signature) | Kevin Barton #1551   Nov 10, 2019 04:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| Tim Tretta #1697 | Kevin Barton #1551 |

## Report Number 2019-018624 - Supplement - FU~707948 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 10, 2019 05:54 | Nov 9, 2019 23:50 | Justin Mason #1712 |

SUPPLEMENT TYPE

Patrol Supplemental

### NARRATIVE

Document No: FU0007079480001
Subject: SUPPLEMENTAL - MASON
Author: JUSTIN MASON (231712)
Date:2019-11-10 05:42:00

On 11/9/2019 at approximately 2355 hours I was one of multiple Officers to respond to 12800 ▒▒▒▒ for a physical disturbance. Once I scene one of my responsibilities was to speak with the caller and

son of the suspect and victim, R D ▒▒▒▒ R D ▒ was the one who had called 911 and reported the disturbance. R D ▒ is 12 years old and said he, his younger brother and even younger sister were all in the apartment during the disturbance.

According the R D ▒ his father had been away for work in Seattle for a few days. He got to their apartment and he and his mother started arguing.

R D ▒ was not entirely sure what the argument was about but said it was heated. They stopped arguing for a while but it picked up again not long before R D ▒ called 911. He said that his parents started arguing again and "my dad had a lost it moment". R D ▒ said his father attacked his mother. He observed him punch and slap her multiple times in the arms and legs. R D ▒ said a couple of the slaps appeared to hit his mother in the face. R D ▒ said his mother kept telling his father to stop and swung at him acouple times as well.

R D ▒ said that his father said something about making a divorce difficult but he was not sure what exactly was said.

R D ▒ said that his parents both went outside and shortly after he

called 911. R D ▒ said that his parents had fought like this before at their old house in Massachusetts. He did not believe the incidents were reported. I collected his information and ended the interview.

For more information see the general and all associated supplemental reports.

Justin Mason 1712
East Graveyard Patrol
11/10/2019

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| Justin Mason | 11/10/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Justin Mason #1712   Nov 10, 2019 05:54 (e-signature) | Kevin Barton #1551   Nov 10, 2019 05:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Justin Mason #1712 | Kevin Barton #1551 |

Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.
Imported Report.

08777



Vancouver Police Department

## Report Number 2019-018624 - *Offense / Incident - -GO~5374778 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 9, 2019 23:50 | Nov 9, 2019 23:50 | Stephen Sloniker #1738 |

REPORT TAKEN LOCATION
VILLAGE ON SEVENTH APARTMENTS, [redacted]          VANCOUVER, WA 98683

### NARRATIVE

Document No: GO0053747780001
Subject: CASE SUMMARY AND RCW
Author: STEPHEN SLONIKER (231738)
Date:2019-11-10 04:40:00

[23RCW01 ] VPD CASE SUMMARY AND RCW v.150611_____ CASE SUMMARY[ON 11/09/2019, AT APPROXIMATELY 2354 HOURS, I SELF-DISPATCHED TO 12800 [redacted] (VILLAGE ON SEVENTH APARTMENTS) IN REGARD TO A REPORT OF A PHYSICALDISTURBANCE AT THIS LOCATION. BASED ON THE RESULTING INVESTIGATION, PROBABLECAUSE WAS DETERMINED TO EXIST TO ARREST SUSPECT JOAO R. DEBORBA FOR DOMESTICVIOLENCE ASSAULT, 4TH DEGREE. JOAO R. DEBORBA WAS TAKEN INTO CUSTODY.]ATTACHMENTS[NONE ]EVIDENCE SUBMITTED IN TRAQ: [X ]NONE[ ]PHYSICAL EVIDENCE [ ] DIGITAL EVIDENCELIST OF CHARGES[ASSA - 9A.36.041-DV - ASSAULT IV - DV ][][ ][ ]RECOMMENDATIONS[FORWARD TO DOMESTIC VIOLENCE CASE SUPERVISORFORWARD TO DVPC ]EXTERNAL DISTRIBUTION (Other than options available in Routing) [No ][ ] [ ] []Other External Distribution:[ ]_____

Document No: GO0053747780002
Subject: NARRATIVE - DV ASSAULT 4TH
Author: STEPHEN SLONIKER (231738)
Date:2019-11-10 04:47:00

On 11/09/2019, at approximately 2354 hours, I self-dispatched to 12800 [redacted]. in regard to a report of a physical disturbance at this location. Initial call notes the altercation was between a husband and wife, and the call for service was placed by their son. I responded with Officer Aldridge.
I arrived at the incident location. The suspect, Joao R. DeBorba, was outside of the apartment complex speaking to Officers Wilhelm and Barnett
as I arrived. Officer Aldridge placed Joao in handcuffs for our safety due to the violent nature of the alleged offense.
I then entered the dispatch residence, apartment H3, and contacted Officer Mason, who was interviewing R D [redacted] R D identified himself as the son of Joao and A D [redacted]. R D gave a statement to Officer Mason, saying he had witnessed Joao hit his mother, both in an open-handed and close-fist fashion, during a verbal altercation earlier inthe evening. R D [redacted] stated he saw Joao hit A D [redacted] in the kitchen of
the residence multiple times. See Officer Mason's supplemental report for further detail regarding the alleged assault.
I then contacted Officer Tretta who wasinterviewing A D [redacted] DeBorba, Joao's wife. I did not observe any visible injuries on A D person upon my arrival. A D [redacted] gave a statement that Joao had struck her multiple times in various rooms of the residence duringa verbal altercation. A D [redacted] stated she then asked Joao to speak outside so the children could not witness their argument. A D said she went outside and spoke to Joao while they both occupied his vehicle, at which time heattempted to leave the apartment complex while she was inside the vehicle. A D [redacted] stated she did not want to leave with Joao and "jumped out" of the vehicle as it was moving before returning to the residence. During the interviewwith A D [redacted] she stated she was in favor of a No Contact Order against Joao, and she no longer wanted him to be in her house. See Officer Tretta's report for further detail regarding A D statement.
I then took custody of Joao from Officers Wilhelm and Barnett. I advised Joao he was under arrest and searched his person incident to arrest, with

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Stephen Sloniker #1738   Nov 9, 2019 23:50 (e-signature) | Kevin Barton #1551   Nov 10, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Stephen Sloniker #1738 | Kevin Barton #1551 |

Report Number 2019-018624 - Offense Incident - GO-2019770 Report (Vancouver Police Department)

no finds. I transported Joao to the Clark Country Sheriff's Office Jail and transferred him to the custody of jail staff with no incident. Based on the statements provided by R D and A D I determined there to be probable cause to arrest Joao for Domestic Violence Assault, Fourth Degree, pursuant to RCW 9A.46.041.

## OFFENSE-1

OFFENSE CODE
13130 | SIMPLE ASSAULT-MISD

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|---|
| Nov 9, 2019 00:00 | Nov 9, 2019 00:00 | ■ COMPLETED<br>☐ ATTEMPTED | ☐ YES ■ NO |

| DOMESTIC VIOLENCE | WAS METHOD OF ENTRY FORCED? |
|---|---|
| ■ YES ☐ NO | ☐ YES ■ NO |

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
VILLAGE ON SEVENTH APARTMENTS,

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98683 | US |

LOCATION CATEGORY
Residence/ Home

*VICTIMS-1*

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| V-1 A D O | | 1980- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (360) 843-8789 (Mobile) |

HOME ADDRESS
VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683

*WITNESS-1*

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-1 R D | 2007- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Unknown | (360) 843-5477 (Mobile) |

HOME ADDRESS
VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683

*INVOLVED OTHER-1*

| INVOLVED OTHER-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-1 DEBORBA, JOAO R D | 1975- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (978) 398-5793 (Mobile) |

HOME ADDRESS
VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 3530286.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3530291.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3530292.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3530297.pdf | Nov 5, 2020 01:54 | L. Data Migration |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Stephen Sloniker #1738   Nov 9, 2019 23:50 (e-signature) | Kevin Barton #1551   Nov 10, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Stephen Sloniker #1738 | Kevin Barton #1551 |

**Vancouver Police Department**
Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.
Imported Report.

Pg 2 of 3

08772

| 3534648.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3534651.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3534652.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| GO_2019_18624.pdf | Oct 28, 2020 15:29 | L. Data Migration |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
| Stephen Sloniker | 11/09/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| Stephen Sloniker #1738   Nov 9, 2019 23:50 (e-signature) | Kevin Barton #1551   Nov 10, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Stephen Sloniker #1738 | Kevin Barton #1551 |

# Report Number 2019-018624 - Supplement - FU~707947 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 10, 2019 04:04 | Nov 9, 2019 23:50 | Tim Tretta #1697 |

SUPPLEMENT TYPE

Patrol Supplemental

## NARRATIVE

Document No:FU0007079470001
Subject: SUPPLEMENTAL
Author: TIMOTHY TRETTA (231697)
Date:2019-11-10 04:03:00

On 11/9/19 at about 2350 hours, I responded to 12800 ▓▓▓▓. (Village on Seventh Apartments▓▓▓▓) to assist Officer Sloniker concerning a physical disturbance. Upon my arrival at about 2359 hours, I met with ▓ A D ▓▓.
▓ A D ▓▓ was sitting on the stairs that lead to her apartment. ▓ A D ▓▓ was crying hysterically, which made communication difficult. I managed to calm ▓ A D ▓▓ enough to begin a dialog. ▓ A D ▓▓ reported that she came home from work and she met with her husband, Joao ▓R D▓ ▓R D▓ who was already at her home watching their four, in-common children. ▓ A D ▓▓ advised that Joao does not live with ▓ A D ▓ and they are currently separated.
▓ A D ▓▓ reported that Joao was angry when she arrived, which he's been since ▓ A D ▓ told him that she wants to get a divorce.
▓ A D ▓ aexplained that Joao started arguing with ▓ A D ▓ and he asked to look in her phone, which ▓ A D ▓ did not allow. As a result, Joao took ▓ A D ▓ phone from her however, it was password locked. ▓▓▓▓ advised that Joao should still have her phone as of this interview.
▓ A D ▓ advised that Joao demanded that ▓ A D ▓ provide him with the password to her phone, which she refused to give Joao. Joao threatened to damage ▓ A D ▓ phone by hitting it on the counter and then also threatened to hit ▓ A D ▓ if she did not provide him with its password. ▓ A D ▓ explained that she did not say anything to Joao when he threatened to hit her. ▓ A D ▓ advised that Joao then slapped ▓ A D ▓ on the right side of her face.
▓ A D ▓ explained that she anticipated a second slap to the left side of her face so she put her arm in front of her face to block the upcoming slapand in doing so ▓ A D ▓ hand hit Joao's face. In response, ▓ A D ▓ was told by Joao (in Portuguese) you hit me now I'm going to hit you good and then Joao punched ▓ A D ▓ on both of her arms, kicked her left leg and slapped the right side of her face. ▓ A D ▓ advised that she did not want the children seeing Joao hitting her so she went to the kitchen to separate away from Joao however, Joao followed her into the kitchen. ▓ A D ▓ explained thatshe believed that Joao would not hit ▓ A D ▓ in-front of the children so she decided to go into the kid's room; Joao followed.
While in the kid's room, ▓ A D ▓ reported that Joao slapped the left side of her face in-front of the kids.
▓ A D ▓ then asked Joao to come talk with her outside, he agreed and they went downstairs and sat in their car to talk. ▓ A D ▓ reported that once they were in the car, Joao started the car and wanted to drive away. ▓ A D ▓ advised that she did not want to go anywhere with Joao, which she told him several times. However, Joao backed the car out of a parking space anyhow. ▓ A D ▓ explained that once the car backed up Joao went to put the car in drive, which provided ▓ A D ▓ enough time to jump out of the car.
Once outof the car ▓ A D ▓ went back to her apartment while Joao parked the car. Because of the delay, ▓ A D ▓ was able to ask her child to all police. While ▓ A D ▓ child was calling police, ▓ A D ▓ went back and sat on the steps leading to her apartment where she was again met by Joao who was not aware that police were contacted.
▓ A D ▓ further advised that Joao has mental health issues that he takesmedication for, which she does not think he took prior to this incident. Furthermore, ▓ A D ▓ advised that if Joao has redness on his face it is because when he gets angry he tends to hit himself. While speaking with ▓ A D ▓ Idid not see any visible signs that she was injured. ▓ A D ▓ allowed me to photograph her face and also advised that Joao is "black belt" and he knows how to hit her without leaving a mark.
▓ A D ▓ agreed to complete a Smith Affidavit. After ▓ A D ▓ completedthe affidavit I read her the perjury statement. After I read ▓ A D ▓ the perjury statement she signed both pages of her two page statement with me as a witness. Lastly, I went over a safety planwith ▓ A D ▓ prior to concluding my interview.
Corporal Lagerquist was notified as ▓ A D ▓ statements added to athreat score of 25.
Recommend:
Attach to GO.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Tim Tretta #1697   Nov 10, 2019 04:04 (e-signature) | Kevin Barton #1551   Nov 10, 2019 04:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| Tim Tretta #1697 | Kevin Barton #1551 |

Vancouver Police Department

Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.
Imported Report.

Pg 1 of 2

08775

Case 3:22-cr-05139-DGE   Document 84-1   Filed 05/10/24   Page 12 of 13

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| Tim Tretta | 11/10/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Tim Tretta #1697   Nov 10, 2019 04:04 (e-signature) | Kevin Barton #1551   Nov 10, 2019 04:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| Tim Tretta #1697 | Kevin Barton #1551 |

## Report Number 2019-018624 - Supplement - FU~707948 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 10, 2019 05:54 | Nov 9, 2019 23:50 | Justin Mason #1712 |

SUPPLEMENT TYPE

Patrol Supplemental

### NARRATIVE

Document No: FU0007079480001
Subject: SUPPLEMENTAL - MASON
Author: JUSTIN MASON (231712)
Date:2019-11-10 05:42:00


On 11/9/2019 at approximately 2355 hours I was one of multiple Officers to respond to 12800 ███████ for a physical disturbance. Once I scene one of my responsibilities was to speak with the caller and

son of the suspect and victim, R D ████████ R D was the one who had called 911 and reported the disturbance. R D is 12 years old and said he, his younger brother and even younger sister were all in the apartment during the disturbance.
According the R D his father had been away for work in Seattle for a few days. He got to their apartment and he and his mother started arguing.
R D was not entirely sure what the argument was about but said it was heated. They stopped arguing for a while but it picked up again not long before R D called 911. He said that his parents started arguing again and "my dad had a lost it moment". R D said his father attacked his mother. He observed him punch and slap her multiple times in the arms and legs. R D said a couple of the slaps appeared to hit his mother in the face. R D said his mother kept telling his father to stop and swung at him acouple times as well.
R D said that his father said something about making a divorce difficult but he was not sure what exactly was said.
R D said that his parents both went outside and shortly after he
called 911. R D said that his parents had fought like this before at their old house in Massachusetts. He did not believe the incidents were reported. I collected his information and ended the interview.
For more information see the general and all associated supplemental reports.
Justin Mason 1712
East Graveyard Patrol
11/10/2019


This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| Justin Mason | 11/10/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Justin Mason #1712   Nov 10, 2019 05:54 (e-signature) | Kevin Barton #1551   Nov 10, 2019 05:54 (e-signature) |
| PRINT NAME | PRINT NAME |
| Justin Mason #1712 | Kevin Barton #1551 |

*Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:13.*
*Imported Report.*