# Exhibit 2



Vancouver Police Department

# Report Number 2019-019034 - *Offense / Incident - -GO~5378036 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Nov 16, 2019 17:17 | Nov 16, 2019 16:24 - 17:17 | Zachary Allred #1564 |

**REPORT TAKEN LOCATION**
VILLAGE PARK APARTMENTS, ███████████, VANCOUVER, WA 98661

## NARRATIVE

Document No: GO0053780360001
Subject: NCO VIO SUM 1564
Author: ZACHARY ALLRED (231564)
Date:2019-11-16 23:37:00

[23RCW01 ] VPD CASE SUMMARY AND RCW v.150611_____ CASE SUMMARY[A D_____ CALLED TO REPORT HER HUSBAND, JOAO DEBORBA, WHO IS THERESPONDENT IN A VALID AND SERVED NO CONTACT ORDER HAD CALLED AND SENT HERMULTIPLE TEXT MESSAGES.]ATTACHMENTS[PHOTO/EVIDENCE:PHOTOGRAPHS OF MESSAGES AND CALL LOG20 FIREARMS COLLECTED FOR SAFEKEEPINGCONSENT TO SEARCH FORM SIGNED BY JOAO DEBORBA ORPHAN DOCS:COPY OF ORDERCOPY OF CONSENT TO SEARCH FORM]EVIDENCE SUBMITTED IN TRAQ: [ ]NONE [X ]PHYSICAL EVIDENCE[X ]DIGITAL EVIDENCELIST OF CHARGES[ORDE - 26.50.110(1) - VIOLATION OF ORDER - GM ][ ][[ ]RECOMMENDATIONS[FORWARD TO DV PC AND DV UNIT FOR REVIEW ]EXTERNAL DISTRIBUTION (Other than options available in Routing) [No ][ ] [ ] [ ]Other External Distribution:[]
_____

Document No: GO0053780360002
Subject: NCO VIO DV NAR 1564
Author: ZACHARY ALLRED (231564)
Date:2019-11-17 00:26:00

On 15 November 2019, at approximately 1820 hours, while on uniformed patrol in a marked patrol car in Vancouver, WA, I was dispatched to the Vancouver West Precinct located at 2800 NE Stapleton Road, in regards to a
restraining orderviolation. It was reported by A D_____ her husband, Joao Deborba, had been calling her and there was a served no contact order listing Joao as the respondent.
Upon arrival I contacted A D_____ who advised she had startedreceiving phone calls and text messages on the "WhatsApp" from Joao. A D_____ had the valid and served No Contact Order (9Z1074494) which stated "do not contact the protected person, directly, indirectly, in person or through others, by phone, mail, or electronic means." A D_____ showed me her phone and the call log shows approximately 20 phone calls from 1624 hours
to 1651 hours. The messages in the WhatsApp show multiple text and voice messages from 1308hours to 1525 hours. I took photographs of both the
call logs and the messages in the app and have entered them into TraQ as evidence.
A D_____ stated she was afraid to go home; she lives at _____, as Joao stated he would come over to see the kids. Joao livesat _____, and A D_____ believed he was at his apartment at the time of sending the messages. A D_____ also advised
Joao possessed firearms, but she thought he had turned them in after he was arrested earlier in the week. She did not know how many or what types of firearms he had. I observed in the order it was stated Joao needed to surrender his weapons to comply with the order.
A D_____ and I talked about options she had to feel safe and comfortable in her own residence and she stated she had friends coming over to stay with her. She also stated she would be changing the locks as soon as possible.
I conducted a criminal history check on Joao which returned with no prior violations of a no contact order. I spoke with CPL Henderson and advised him of the information about the provided by A D_____ I also advised him about thestatement of possibly having firearms and finding no indication the said firearms had been turned over to Law Enforcement. Me, CPL Henderson, and additional units changed location to Joao's apartment to attempt contact.
The lights were on in the unit and I attempted to call him via phone and have him exit the residence, there was no answer and we

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Allred #1564   Nov 16, 2019 17:17 (e-signature) | Brian Ruder #1423   Nov 17, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Zachary Allred #1564 | Brian Ruder #1423 |

attempted to knock on the front door. This again resulted in no answer, Officer Merrill and Officer Mckenzie advised over the radio they had contact with Joao on the raised patio deck on the rear of the apartment. Joao was advised he was under arrest and to come out of the apartment. After spending a few
minutes speaking with us he stated he would exit out of the front of the apartment with nothing in his hands.
I returned to the front of the apartment to wait for Joao to exit; however, he did not. Additional units arrived on scene and a perimeter was set up. The Bearcat was also brought to scene to assist in doing PA announcements advising Joao to exit the residence as he was under arrest. For approximately 12 minutes there were multiple announcements advising Joao to exit the residence, eventually he did exit the apartment with nothing in
his hands. He complied with verbal commands and walked down the stairs
from his apartment and I placed him in handcuffs behind his back, checked the handcuffs for fit, and double locked them.
I escorted Joao to my patrol vehicle and placed him in the backseat. I advised Joao again that he was under arrest and read him the Miranda Warnings from my department issued card; I asked Joao if he understood his rights, and he said "yes." I then asked if he would still like to speak to me about what had happened, and he said "yes." I advised Joao he was under arrest for calling and sending messages to A D . Joao advised he thought the judge had stated he could call A D in order to speak to their children. I advised that was not correct due to the No Contact Order he is not allowed contact with A D .
I asked Joao if he had any firearms, and he advised he did. I asked if they were in the apartment and he confirmed they were. He also advised he attempted to turn the weapons in at the Vancouver East Precinct but came in after hours and was told to return between work hours Monday through
Friday. I asked Joao if he would be willing give Law Enforcement consent
to enter the residence and collect the firearms in accordance to the order.
Joao stated he would give Police consent and I completed a Voluntary Consent To Search form with Joao. I released him from handcuffs and he signed the form and wrote down the combination for his gun safe where the firearms were located. After he completed the form and Officer Mckenzie
and I signed the form as witnesses. I then placed Joao in handcuffs using two sets of handcuffs behind his back, checked the handcuffs for fit, and double locked them.
As part of the consent to search form Joao was advised he could revoke his consent at any time during the search. CPL Henderson, Officer Epperson, Officer Merrill, and Officer Mckenzie entered the residence and using the information provided by Joao collected 20 firearms from Joao's gun safe. There was a combination of handguns and long rifles. All of the firearms have been entered into TraQ for safekeeping; I also have entered the
Consent to Search Form into evidence as well.
Based on the statements provided by A D and Joao about the exchange of messages and multiple phone calls; there is probable cause to arrest
Joao for Violation for No Contact Order DV RCW 26.50.110. I transported Joao to Clark County Jail where he was booked for the above listed charge.
RECOMMENDATION:
Forward to DV Unit and DV PC for review

## OFFENSE-1

OFFENSE CODE
50992 | PROTECTION ORDERS (WA)

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|---|
| Nov 16, 2019 00:00 | Nov 16, 2019 00:00 | ■ COMPLETED<br>☐ ATTEMPTED | ☐ YES ■ NO |

| DOMESTIC VIOLENCE | WAS METHOD OF ENTRY FORCED? |
|---|---|
| ■ YES ☐ NO | ☐ YES ■ NO |

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
VILLAGE PARK APARTMENTS,

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98661 | US |

LOCATION CATEGORY
Residence/ Home

*VICTIMS-1*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Allred #1564    Nov 16, 2019 17:17 (e-signature) | Brian Ruder #1423    Nov 17, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Zachary Allred #1564 | Brian Ruder #1423 |

Vancouver Police Department     Pg 2 of 3
Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:15.
Imported Report.     08782