# Exhibit 3



### Vancouver Police Department

## Report Number 2019-020307 - *Offense / Incident - -GO~5387569 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Dec 7, 2019 20:16 | Dec 7, 2019 18:04 | Gunnar Skollingsberg #1533 |

**REPORT TAKEN LOCATION**
VILLAGE ON SEVENTH APARTMENTS, ███████, VANCOUVER, WA 98683

### NARRATIVE

Document No: GO0053875690001
Subject: CASE SUMMARY
Author: GUNNAR SKOLLINGSBERG (231533)
Date:2019-12-07 20:33:00

[23RCW01 ] VPD CASE SUMMARY AND RCW v.150611_____ CASE SUMMARY[PC AND BOLO FOR JOAO ON FILE. ]ATTACHMENTS[PC STATEMENTCOPY OF DV PACKET ]EVIDENCE SUBMITTED IN TRAQ: [ ]NONE [ ]PHYSICAL EVIDENCE [X ]DIGITAL EVIDENCELIST OF CHARGES[BURG - 9A.52.025-DV - RESIDENTIAL BURGLARY-DV][INTE - 9A.36.150 - INTERFERE W/REPORT OF DV ][ORDE - 26.50.110(1) - VIOLATION OF ORDER - GM ][ ]RECOMMENDATIONS[FWD TO DV UNIT ]EXTERNAL DISTRIBUTION (Other than options available in Routing) [No ][ ] [ ] []Other External Distribution:[ ]
_____

Document No: GO0053875690002
Subject: NARRATIVE
Author: GUNNAR SKOLLINGSBERG (231533)
Date:2019-12-07 20:35:00

CASE: 2319-20307
My information is derived from:
Suspect 1: Deborba, Joao R. DOB: ███/1975
Victim 1: A D                          DOB: ███/1980
Witness 1: R.O. D. (Juvenile)
Witness 2: D. M. O. (Juvenile)
On 12/7/2019 at 1804 hours I was dispatched to a restraining order
violation which had occurred at 12800 ███████████████ in Vancouver, WA.
A D           A D         called 911 to report her husband Joao Deborba had just violated a DV order and was leaving. Dispatch confirmed there was a served and valid order in which Joao was prohibited from contacting A D      (9Z1074494).

I arrived and contacted A D     in the residence. She was visibly scared as she was shaking, crying, and pacing back and forth. A D      reported that she had left the residence to get McDonalds for her four children's dinner,leaving her 12 year old son to watch the other younger siblings. Upon her return Joao was in her apartment with the children. A D     told Joao to get out and leave multiple times and he refused multiple times. At one point Joaobegan yelling and punching himself in the head and face repeatedly. A D     said he does this sometimes and went on to say he is bi-polar and depressed. A D     then said she was calling the police and reached for the cell phone in her pocket. Joao then grabbed her around her waist and asked her not to call police. She was not hurt by being grabbed and she beleived itwas solely for the purpose of preventing her from gettin gher phone out.
She then kicked away from him and ran outside screaming for help. Joao then fled the scene to the north and got into his vehicle, a dark blue 2006 Chrysler PT Cruiser displaying Washington license plates BOU2669. The vehicle had been parked on the south side of SE 5th St facing east, and
Joao drove east from the scene.
A D     completed a sworn DV victim's statement and the threat
assessment score was 15. I notified Sgt. Viles of the score. I read her the perjury statement verbatim and she said she understood, then

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Gunnar Skollingsberg #1533   Dec 7, 2019 20:16 (e-signature) | Kevin Barton #1551   Dec 8, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Gunnar Skollingsberg #1533 | Kevin Barton #1551 |

**Vancouver Police Department**
Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:16.
Imported Report.

Pg 1 of 3
08796

signed the form. I included this form in TRAQ as evidence.
I spoke with R.O.D. who stated he was home and watching the children while his mother, A D went to get dinner. He heard a knock at the door
and thought it was his mother returning with food. He opened the door and saw Joao, who then walked in the residence. A D entered a few
minutes later and she told him to leave. He refused and she tried to call police. He got on his knees and grabbed her, begging her to not call
police.
A D told the children to go to the back bedroom and they did. R.O.D. then heard his mother call for "help" from outside and the children ran out because they thought she "was being kidnapped". A D then ran back inside and Joao drove away to the east.
Officers spoke with a neighbor (D. M. O.) who stated they heard screaming then saw A D who appeared scared, and one unknown bald male wearing dark clothing run from apartment H3. The male then ran north and Alessandra ran south. The children came out of shortly afterwards and then went
back inside.

Based on the above I have probable cause to charge Joao R. Deborba with:
1- One count of violation of an order-domestic violence (RCW 26.50.110(1)) 2- One count of residential burglary domestic violence (RCW 9A.52.025)
3- One count of interfering with reporting of domestic violence (RCW 9A.36.150)
Attempts to locate and arrest Joao were unsuccessful. Recommend forward to DVPC for issuance of a warrant and charging of Joao.
During this incident Joao and A D children 12 year old R D 11 year old E D 5 year old G D and 4 year old D D were all present.

## OFFENSE-1

**OFFENSE CODE**
22991 | BURGLARY-RESIDENCE

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|---|
| Dec 7, 2019 00:00 | Dec 7, 2019 00:00 | ■ COMPLETED ☐ ATTEMPTED | ☐ YES ■ NO |

| DOMESTIC VIOLENCE | WAS METHOD OF ENTRY FORCED? |
|---|---|
| ■ YES ☐ NO | ☐ YES ■ NO |

### OFFENSE LOCATION

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
VILLAGE ON SEVENTH APARTMENTS,

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98683 | US |

**LOCATION CATEGORY**
Residence/ Home

### VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 A D O | 1980- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (Mobile) |

**HOME ADDRESS**
VILLAGE ON SEVENTH APARTMENTS, , VANCOUVER, WA 98683

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 DEBORBA, JOAO RICARDO | 1975- |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (Mobile) |

**HOME ADDRESS**
VILLAGE PARK APARTMENTS, , VANCOUVER, WA 98661

### WITNESS-1

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Gunnar Skollingsberg #1533   Dec 7, 2019 20:16 (e-signature) | Kevin Barton #1551   Dec 8, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Gunnar Skollingsberg #1533 | Kevin Barton #1551 |

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| W-1 R D O | | | 2007- |
| SEX | RACE / ETHNICITY | PHONE NUMBER | |
| Male | White / Unknown | (Mobile) | |
| HOME ADDRESS | | | |
| VILLAGE ON SEVENTH APARTMENTS, | | VANCOUVER, WA 98683 | |

### WITNESS-2

| WITNESS-2 NAME (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| W-2 OR, DA M | | | 2005 |
| SEX | RACE / ETHNICITY | PHONE NUMBER | |
| Female | Unknown / Hispanic Or Latino | (Mobile) | |
| HOME ADDRESS | | | |
| VANCOVUER, WA 98683 | | | |

### INVOLVED OTHER-1

| INVOLVED OTHER-1 (PERSON) | SEX | RACE / ETHNICITY |
|---|---|---|
| O-1 E D | Male | White / Not Hispanic Or Latino |

### INVOLVED OTHER-2

| INVOLVED OTHER-2 (PERSON) | SEX | RACE / ETHNICITY |
|---|---|---|
| O-2 G D G D | Female | White / Not Hispanic Or Latino |

### INVOLVED OTHER-3

| INVOLVED OTHER-3 (PERSON) | SEX | RACE / ETHNICITY |
|---|---|---|
| O-3 D D | Male | White / Not Hispanic Or Latino |

### INVOLVED OTHER-4

| INVOLVED OTHER-4 (PERSON) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| O-4 OROZCO LOPEZ, ALVARO | | | 1982 |
| SEX | RACE / ETHNICITY | PHONE NUMBER | |
| Male | Unknown / Hispanic Or Latino | (Mobile) | |
| HOME ADDRESS | | | |
| VILLAGE ON SEVENTH APARTMENTS, | | , VANCOUVER, WA 98683 | |

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 3582324.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3582336.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3582337.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3582338.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| 3582341.pdf | Nov 5, 2020 01:54 | L. Data Migration |
| GO_2019_20307.pdf | Oct 28, 2020 15:29 | L. Data Migration |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| Gunnar Skollingsberg | 12/07/2019 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Gunnar Skollingsberg #1533   Dec 7, 2019 20:16 (e-signature) | Kevin Barton #1551   Dec 8, 2019 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Gunnar Skollingsberg #1533 | Kevin Barton #1551 |

**Vancouver Police Department**
*Mark43 RMS Form v2.0 generated by E. Boyle #1778 on Aug 24, 2021 01:16.*
*Imported Report.*

Pg 3 of 3
08798