# Exhibit 4

Vancouver Police Department

## Report Number 2020-008864 - *Offense / Incident - -GO~5461597 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jun 2, 2020 20:47 | Jun 2, 2020 16:00 | Clinton Holbrook #1744 |

**REPORT TAKEN LOCATION**
VILLAGE ON SEVENTH APARTMENTS, 12800 SE 7TH ST, VANCOUVER, WA 98683

### NARRATIVE

Document No: GO0054615970001
Subject: CASE SUMMARY AND RCW
Author: CLINTON HOLBROOK (231744)
Date:2020-06-03 04:45:00

[23RCW01 ] VPD CASE SUMMARY AND RCW v.150611_____ CASE SUMMARY[A D            STATED THAT HER EX-HUSBAND, JOAO DEBORGA, TEXT MESSAGEDHER, CAME TO HER APARTMENT AND HAD ASSAULTED HER. THERE IS AN ACTIVE AND VALIDNO CONTACT ORDER (9Z1074494) WITH A D        AS THE PETITIONER AND JOAO AS THERESPONDENT. PROBABLE CAUSE WAS FOUND TO CHARGE JOAO WITH VIOLATION OF ORDER(MISDEMEANOR), VIOLATION OF ORDER (FELONY) AND ASSAULT IV - DV. JOAO BOOKED TOCCSO JAIL.]ATTACHMENTS[-VPD DV SUPPLEMENTAL REPORT ]EVIDENCE SUBMITTED IN TRAQ: [ ]NONE [X ]PHYSICAL EVIDENCE[X ]DIGITAL EVIDENCELIST OF CHARGES[ORDE - 26.50.110(4) - VIOLATION OF ORDER W/ASSAULT - CLASS C FEL][ORDE - 26.50.110(1) - VIOLATION OF ORDER - GM ][ORDE - 26.50.110(1) - VIOLATION OF ORDER - GM ][ASSA - 9A.36.041-DV - ASSAULT IV - DV ]RECOMMENDATIONS[CLOSED BY ARREST. ]EXTERNAL DISTRIBUTION (Other than options available in Routing) [No ][ ] [ ] [ ]Other External Distribution:[]_____

Document No: GO0054615970002
Subject: VIOLATION OF ORDER NARRATIVE
Author: CLINTON HOLBROOK (231744)
Date:2020-06-03 04:52:00

DISPATCH:On 6-2-2020 I was working uniformed patrol for the City of Vancouver Police Department assigned as 2B44. At approximately 2050 hours I was dispatched to 12800 Se 7th St #H3, Vancouver, Clark County, WA for a reported restraining order violation. INFORMATION:I made telephonic contact with the RP, identified as A D            A D        informed me that her ex-husband, JOAO DEBORBA, had text messaged her earlier in the afternoon multiple times and had physically come to her apartment. A D        further stated that JOAO had assaulted her and had caused injury while he had been at her apartment.A D        is the petitioner in a served and valid No Contact Order with JOAO as the respondent (9Z1074494). The order states that JOAO is not to communicate with A D        to include personal, written or telephonically. The order further states that JOAO is required to stay away from A D        residence and that he is restrained from assaulting A D        I made contact with A D        ather apartment. I observed that A D        had an approximately half inch abrasion to the underside of her left forearm. The abrasion appeared fresh due to its bright red coloration. The abrasion wasn't actively bleeding and A D        stated that she didn't need any medical attention. I observed no other injuries to A D        CONTACT WITH A D            A D        stated that on the afternoon of 6-2-2020 (approximately 1610 hours) she received multiple text messages from JOAO. The couple had separated the previous year and had four children together. JOAO texted A D        as he wanted to come to her apartment while she was at work and spend time with their children. A D        stated that JOAO had constantly texted or called her since the No Contact Order had been served and he always contacted her stating that he wanted to see the children. A D        had replied to JOAO'smessages several times and had allowed him to see the children but he would always bring up their relationship and how he wanted them to get back together. A D        texted JOAO back and stated that he could go to her apartment while she was at work but that he needed to leave before she got home. At approximately 1930 hours, A D        returned to her apartment complex in which JOAO was still present. JOAO made contact with A D        outside of her apartment complex. A D        stated that her two youngest children, G D (six years old) and D D        (four years old), were also outside with JOAO.JOAO started to plead with A D        that they needed to get back together for the children. A D        told JOAO "no" multiple times and that he needed to leave. On being told no, JOAO became angry and started to yell loudly at A D        JOAO then grabbed both of A D        arms below the elbow and held

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Clinton Holbrook #1744   Jun 2, 2020 20:47 (e-signature) | Frank Gomez #1415   Jun 3, 2020 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Clinton Holbrook #1744 | Frank Gomez #1415 |

her stating that they needed to get back together. A D told JOAO to let her go in which he then pushed her. The push caused A D to fall backwards and lose her balance. A D fell onto her daughter's bicycle causing the injury to her left forearm. A D immediately got to her feet, grabbed D D and GABRIELLA and started to run towards their apartment in which JOAO followed. A D was able to get inside of her apartment with her children and lock the door. A D stated that her other two children, R D R D (thirteen years old) and E D (eleven years old), were already inside of the apartment. JOAO came to the apartment door and started to knock multiple times and ring A D Ring doorbell (which recorded JOAO at the door of the apartment). JOAO continued to yell loudly at A D but didn't attempt to enter the apartment with force. JOAO eventually left the area. INFORMATION: I asked A D if she would be willing to provide a written statement about the incident in which she stated that she would. A D filled out the VPD Domestic Violence Victim Statement. Before writing her statement, I read verbatim the perjury statement to A D stated she understood the perjury statement with an audible "yes". I took photographs of A D The photographs were later uploaded to TraQ. A D showed me the Ring Doorbell footage of JOAO at her apartment door. I observed JOAO enter the walkway towards A D door and knock on her door several times. I positively identified JOAO on the footage from a recent booking photograph of him. A D provided me with the footage in which I uploaded to TraQ. A D showed me the text messages that she received from JOAO on 6-2-2020. The dialogue between the two was in Portuguese in which A D translated that JOAO was asking her to come to the apartment in order to see their children. I took photographs of the text messages and uploaded them to TraQ. I made a copy of A D written statement and attached it to this report as an orphan document. The original was placed into Property and Evidence as evidence. ACTION TAKEN: After my contact with A D I made contact with JOAO at his apartment (3214 NE 62nd Ave #J6). JOAO's roommate answered the door and stated that he didn't know if JOAO was home but would check. JOAO came to the door shortly after. JOAO came to the door of the apartment and partially stuck his head and shoulders out of the door out onto the landing. I asked JOAO if he would speak with me in which he stated that he needed to get some shoes. I asked JOAO if I could come inside the apartment in which he stated that I could. I entered the apartment and placed JOAO into handcuffs (checked for fit / double locked). I moved JOAO to my patrol vehicle. I read to JOAO his Miranda Rights from a department issued, pre-printed card. JOAO stated that he understood his rights with an audible "yes" and that he wanted to answer questions in regards to the incident with A D CONTACT WITH JOAO DEBORBA: JOAO stated that he did have a served no contact order and knew that he wasn't supposed to contact A D JOAO stated that he was just trying to help A D with child support and that was the reason why he made contact with her. JOAO informed me that he wanted to give A D money for the children. JOAO stated that he had text messaged A D earlier on 6-2-2020 and asked if he could come to the apartment. A D replied to him that he could while she was at work. JOAO went to the apartment complex and stated that he played with the children outside. JOAO stated that his two of his children told him that their bicycles were covered in spider webs so he asked them to go and get a broom so he could sweep them off. JOAO cleaned off the bicycles and left them on the grassy area in front of the apartment complex. JOAO stated that A D returned to the apartment complex and they started to talk. JOAO said that the conversation was nice between them and they talked about him supporting the children. At one point, A D had gone inside her apartment and then returned. On returning, A D had tripped on the children's bicycle and had fallen. JOAO stated that he and his children laughed at A D falling over the bicycles and had done so light heartedly. A D became angry, took the children and went inside the apartment. JOAO stated that at no time did he push A D and didn't assault her. ACTION TAKEN: Probable cause was found to charge JOAO with one count of Violation of Order (RCW 26.50.110) for the text messages he sent to A D early on the afternoon of 6-2-2020, one count of Domestic Violence Assault IV (RCW 9A.36.041) for assaulting A D by pushing her and one felony count of Violation of Order (RCW 26.50.110(4)) as JOAO had assaulted A D while in violation of a served and valid No Contact Order at the apartment complex. I transported JOAO to CCSO Jail in which he was booked without incident. I informed Sgt GOMEZ of the incident. I made contact with CPS and informed them of the incident as the children had been present but not involved. I made contact with CPS agent MICHELLE WU. The intake number was listed as 4371501. CASE STATUS: Closed by arrest.

## OFFENSE-1

| OFFENSE CODE |
|---|
| 50992 | PROTECTION ORDERS (WA) |

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|---|
| Jun 2, 2020 00:00 | Jun 2, 2020 00:00 | ■ COMPLETED<br>☐ ATTEMPTED | ☐ YES ■ NO |

| DOMESTIC VIOLENCE | WAS METHOD OF ENTRY FORCED? |
|---|---|
| ■ YES ☐ NO | ☐ YES ☐ NO |

**OFFENSE LOCATION**
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
VILLAGE ON SEVENTH APARTMENTS, 12800 SE 7TH ST, H3

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Clinton Holbrook #1744   Jun 2, 2020 20:47 (e-signature) | Frank Gomez #1415   Jun 3, 2020 00:00 (e-signature) |
| PRINT NAME | PRINT NAME |
| Clinton Holbrook #1744 | Frank Gomez #1415 |

Vancouver Police Department    Pg 2 of 3
Mark43 RMS Form v2.0 generated by C. Sanderson #1739 on May 9, 2022 20:46.
Imported Report.

08767