# Exhibit B

Dear Judge Estudillo,

First of all I want to thank you for the opportunity to address you. I feel terribly sorry for the mistakes that I did because I know they affect, of course, my wife, my children, and the other loved ones. I understand that my actions frightened people, and I'm so sorry for this.

And I know for a fact that I need medical-mental help for my issues with anxiety, depression that got me to the point that I made bad decisions. And I feel that as soon as I get the opportunity to be free, I want to seek this kind of help, so I know for a fact that I will be able to think clearly. This type of help I know will help me to have a good relationship with my children and to be able to co-parent them with my ex-wife for the good of all of us and others involved. I feel terribly guilty for the actions that I did. I fell most guilty because I'm not able to be there with my children to give all the support as a father that I can do for them. Also, I feel terrified just thinking about facing deportation when I am transferred for immigration. It will keep me away from my children. Everything that I'm doing right now, at this point, and planning for the future, is all for the best for my children.

I'm really really sorry about my actions.

Sincerely,

Joao DeBorba