The Hon. David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOAO RICARDO DEBORBA, <br><br> Defendant. | NO. CR22-5139-DGE <br><br> **ABANDONMENT OF SEIZED FIREARMS AND AMMUNITION** |

The Superseding Indictment in the above-captioned case charged Defendant Joao Ricardo DeBorba with *Unlawful Possession of Firearms and Ammunition*, in violation of 18 U.S.C. §§ 922(g)(5) and (8) (Counts 1 & 2); *Unlawful Possession of a Firearm*, in violation of 18 U.S.C. § 925(g)(5) (Count 3); *False Statement During Purchase of a Firearm*, in violation of 18 U.S.C. § 922(a)(6) (Counts 4 & 5); *False Claim to United States Citizenship*, in violation of 18 U.S.C. § 911 (Count 6); and *Unlawful Possession of a Firearm Silencer*, in violation of 26 U.S.C. §§ 5861(d) and 5845(a)(7) (Count 7). Dkt. No. 40. On February 5, 2024, the Court conducted a bench trial and found Defendant guilty of all counts. Dkt. No. 78.

Defendant Joao Ricardo DeBorba hereby abandons any and all right, title, and interest he may have in the following property:

Abandonment of Seized Firearms & Ammunition - 1
*United States v. DeBorba*; CR22-5139-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      a.     Any firearms and ammunition that were seized by law enforcement from Defendant's vehicle on or about April 14, 2019, including but not limited to:

            1.     a Glock model 26 9mm caliber handgun;

      b.     Any firearms and ammunition that were seized by law enforcement from Defendant's apartment on or about November 16, 2019, including but not limited to:

            1.     a Savage Arms model M11 .308 caliber rifle;

            2.     a Sig Sauer model 1911 STX .45 auto caliber handgun;

            3.     a KelTec model Sub-2000 .40 caliber rifle;

            4.     a Century Arms model RAS4 7 7.62 caliber rifle;

            5.     a Rock Island Armory model M200 .3 8 special caliber handgun;

            6.     a Tanfoglio model GT27 .25 ACP caliber handgun;

            7.     a Sig Sauer model P226 9mm caliber handgun;

            8.     a KelTec model P-32 .32 ACP caliber handgun;

            9.     a Taurus.357 magnum caliber handgun;

            10.    a Rock Island Armory model M1911 .380 caliber handgun;

            11.    a Ruger model Precision .17 HMR caliber rifle;

            12.    a Bear Creek Arsenal model BCA15 rifle;

            13.    a Savage Arms model 110 .338 caliber rifle;

            14.    a Fabrique Nationale Herstal model 1952 rifle;

            15.    a .308 caliber 1917 Enfield rifle;

            16.    a Deutsche Waffen model 1908 7mm caliber rifle;

            17.    a Remington model 870 12-gauge shotgun;

            18.    a Spike's Tactical model ST15 5.56mm caliber rifle;

            19.    a Winchester model 94 .30-30 caliber rifle,

            20.    20 rounds of CBC 9mm caliber ammunition;

            21.    7 rounds of Blazer Brass .3 80 caliber ammunition;

Abandonment of Seized Firearms & Ammunition - 2  
United States v. DeBorba; CR22-5139-DGE

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

22. An AR style pistol with vertical foregrip, .300 Blackout caliber, with unknown serial number;

23. a P45 Glock-Style Firearm, 45 caliber, Silver/Black, with no serial number;

24. an Aero Rifle of unknown caliber, with no serial number;

25. a P80 Handgun. 9 caliber, with no serial number;

26. a Rifle, Gold/Black, with no serial number;

27. a Rifle, Red/Black, with no serial number; and

c. Any magazines, firearms accessories, upper and lower receivers, firearms tools and parts, drilled-out hand grenades, and Tannerite seized from Defendant's apartment or vehicle.

By abandoning his interest in the above-described property, Defendant Joao Ricardo DeBorba consents to its federal administrative disposition, official use, and/or destruction.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

DATED: May 17, 2024

/s/ Max Shiner
MAX SHINER
AMANDA MCDOWELL
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970
Max.Shiner@usdoj.gov
Amanda.McDowell@usdoj.gov

Abandonment of Seized Firearms & Ammunition - 3
United States v. DeBorba; CR22-5139-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED: 05/10/, 2024

JOAO RICARDO DEBORBA
Defendant

DATED: 05/17/, 2024

REBECCA C. FISH
COLIN FIEMAN
Federal Public Defender's Office
1331 Broadway, Ste. 400
Tacoma, Washington 98402
253-593-6710
Becky_Fish@fd.org
Colin_Fieman@fd.org

Abandonment of Seized Firearms & Ammunition - 4
United States v. DeBorba; CR22-5139-DGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970