## United States District Court – Western District of Washington
## TRANSCRIPT ORDER FORM

**Court Reporter:** Angela Nicolavo     **Judicial Officer:** David G. Estudillo

**Case No.** CR22-5139-DGE     **Case Name:** United States v. Joao Ricardo DeBorba

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 02/05/2024 | Bench Trial | Angela Nicolavo |
| | | |
| | | |
| | | |

**For Appeal?** [ ] No  [✔] Yes     Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

**Please choose one:**    Maximum Transcript Fees – Per Page

| | | Original | 1st Copy | 2nd Copy | Requested Delivery Date* |
|---|---|---|---|---|---|
| [✔] | Ordinary Transcript (30 day) | $4.00 | $1.00 | $.70 | |
| [ ] | 14-Day Transcript (14 day) | $4.70 | $1.00 | $.70 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| [ ] | Expedited Transcript (7 day) | $5.35 | $1.00 | $.70 | |
| [ ] | 3-Day Transcript (3 day) | $6.00 | $1.20 | $.85 | |
| [ ] | Daily Transcript (next morning) | $6.70 | $1.35 | $1.00 | |
| [ ] | Hourly Transcript (same day) | $8.00 | $1.35 | $1.00 | |
| [ ] | Realtime Transcript | $3.40 | ------- | ------- | |

[✔] PDF (default delivery format)

Email address for delivery of PDF transcript: Amy_Strickling@fd.org

**Additional Comments:**

### Contact Information

| | |
|---|---|
| Name: | Amy Strickling |
| Phone: | 253-593-6710    Email: Amy_Strickling@fd.org |
| Firm: | Federal Public Defender office |
| Street Address: | 1331 Broadway, Suite 400 |
| City/State/Zip: | Tacoma, WA 98402 |
| Billing Reference # (if applicable): | |

*s/ Amy Strickling*                       05/22/2024
**Signature**                                        **Date**

[ PRINT ]      [ SAVE AS ]      [ RESET ]