HON. DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-5139-DGE |
| Plaintiff, | ) | |
| | ) | NOTICE OF CRIMINAL APPEAL |
| v. | ) | |
| JOAO RICARDO DEBORBA, | ) | |
| Defendant. | ) | |

NOTICE IS GIVEN that Joao DeBorba, the defendant in the above-named case, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered May 17, 2024. Dkt. 90.

Bench Trial: February 5, 2024

Name of court reporter: Angela Nicolavo

Transcript required: Yes

If yes, indicate date ordered or to be ordered: May 22, 2024.

DATED this 23rd day of May 2024.

Respectfully submitted,

*s/ Rebecca Fish*
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Fax: (253) 593-6714
Email: Becky_Fish@fd.org

NOTICE OF CRIMINAL APPEAL
(*United States v. DeBorba*; CR22-5139-DGE) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710